**FILED**

**DEC 1 4 2006**

U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Maurice Ceasar −208-880
1901 E Street S.E.
Washington, DC 20003

CASE NUMBER 1:06CV02140

JUDGE: Unassigned

DECK TYPE: Pro se General Civil

(VS)

DATE STAMP: 12/14/2006

JURY ACTION

CASE RE-ASSIGNED
MAY 5 2007
COLYER JR

| | | |
|---|---|---|
| (1) | CBS Headquarters Company<br>51 West 52nd Street<br>New York, NY 10009 | (President, Executives, Producers, Reporters and Sources) |
| (2) | ABC Headquarters Company<br>500 South Buena Vista Street<br>Burbank, CA 91521-4551 | (President, Executives, Producers, Reporters and Sources) |
| (3) | NBC Headquarters Company Inc.<br>100 Universal Plaza<br>Universal City, CA 91608 | (President, Executives, Producers, Reporters and Sources) |
| (4) | 20th Century Fox Headquarters Co.<br>P.O. Box 900<br>Beverly Hills, CA 90213 | (President, Executives, Producers, Reporters and Sources) |
| (5) | RCN Cable Station Corp.<br>196 Van Buren<br>Herndon, VA 20170 | (President, Executives, Producers, Reporters and Sources) |
| (6) | Comcast Corporation<br>1500 Market Street<br>Philadelphia, PA 19102 | (President, Executives, Producers, Reporters and Sources) |

Diverse—Citizenship Civil Complaint:
Related Defendants / Invasion of Information:
Deprivation of privacy / Discrimination
under Federal Law and Jurisdiction.

**RECEIVED**

**NOV 28 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

## COMPLAINT

In reference to discrimination, retaliation and deprivation, my federal constitutional rights have been violated by unconfirmed reports by the news stations and newspaper columns named in this lawsuit.

## FACTS

News reporters on television reported a criminal broadcast that was not true about a string of felony charges that warranted me for arrest. This caused a panic by their report to the public in April, 2006 and again in June, 2006 while I was in jail and again it was not a confirmed report.

Due to: CBS, ABC, NBC, FOX, RNC Cable and COMCAST falsely incriminating me as well as providing false information sent to news medias and associated press for Metropolitan area, which includes the local sources and reporters. This was sent without confirmation of the story to see whether information sent by both Police Officer and Renovation Church Administrator, Paul Rosstead, to news associations and Washington Express, Associated Press, Today's Newspaper Association and Washington Post Newspaper Association who printed the story with misleading information given to cause harm and was recklessly disregarded of the truth, that when published caused a panic to the public interest wrongfully and misleading. I was displaced by all of this, which sources and reporting persons did not confirm thoroughly but thought they had a story to publish as a high profile case.
I was later arrested in reference to the irregularities and inconsistencies of this matter of claim and not for a string of robberies and burglaries as they reported.

There are many viewers, both local and abroad, who watched this news coverage that can be witnesses to how I was presented to the public. This caused people to react differently around me while I was in society and who knew me as a different type of person.

## RELIEF

(Plaintiff)

I, Maurice Ceasar, am filing this civil complaint for the invasion of my rights of having a private and normal life without someone using my Federal W-2 Forms and Social Security Number to go online on personal computers to shop around on my name to deprive me and discriminate against my character recklessly.
I am filing for false information sent by the defendants named in this matter which sources and reporters published and printed against me wrongfully and other parties who caused the type of dilemma, which I named in this Civil Complaint.

(Relief Action)

REQUEST

I, Maurice Ceasar, (Plaintiff), due to the actions of the news associations (NBC, CBS, ABC, FOX, RCN Cable and Comcast):

(1) Seek from this Honorable Court relief to have a court appointed attorney Pro Bono to represent me.
(2) May this Honorable Court bring charges against those who reported the misinformation or the newspaper publishers and executive's sources who printed these allegations of deception and deprivation falsely stating a string of charges and felonies to cause panic to the public.
(3) I wish to set a trial by jury and ask this Honorable Court to have each newspaper media organization that is responsible to reveal the names of each source and reporter so they can stand trial for this type of non-confirmed issue, slander and discrimination as well as degrading me to the public resulting in my incarceration.
(4) May this Honorable Court know that I am asking financial relief in damages and injuries in which I, Maurice Ceasar, whose whole life was dishonored and displaced punitively, monetarily, economically, emotionally and equitably. I am asking in finding by this court an amount of $4,000,000.00 (Four million Dollars) from each of these multi defendants named in this claim (under Civil Rights Act 42 U.S.C. of 1983).
(5) This suit is also seeking the names of the anonymous defendants or officials who reported this untrue information about me to reporters in violation of my rights being violated for false and dangerous information that could have law enforcement officials act with malicious actions against me.

11-27-06
Date

_M. Ceasar_
Signed

11-27-06
Date

Maurice Ceasar

Signed

I.  SUCCESSIVE CLAIMS

Pursuant to the Prison Litigation Reform Act of 1995, unless a prisoner claims to be in "imminent danger of serious physical injury," he or she may not file a civil action or pursue a civil appeal *in forma pauperis* "if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or they failed to state a claim upon which relief could be granted."

II.  PREVIOUS LAWSUITS

A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?    Yes ( )    No (X)

B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?    Yes ( )    No (X)

C.  If your answers to A or B is Yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1.  Parties to this previous lawsuit.

        Plaintiffs: _____0_____

        Defendants: _____0_____

    2.  Court (If federal court, please name the district; if state court name the county.)
_____0_____

    3.  Docket number: _____0_____

    4.  Name of judge to whom case was assigned: _____0_____

    5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
_____0_____

    6.  Approximate date of filing lawsuit: _____0_____

    7.  Approximate date of disposition: _____0_____

III.  PLACE OF CONFINEMENT
CCA/C.T.F.     E/2A  Unit

1901 E Street S.E., Washington, D.C. 20003

A.  Is there a prisoner grievance procedure in this institution? Yes ( )     No (X)
If your answer is Yes, go to Question III B. If your answer is No, skip Questions, C and D and go to Question III E.

B.  Did you present the facts relating to your complaint in the prisoner grievance procedure?     Yes ( )     No (X)

C.  If your answer is Yes to Question III B:

1.  To Whom and when did you complain? <u>This matter occurred while I was out in society before arrest.</u>

2.  Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)     Yes (X)     No (X)

3.  What, if any, response did you receive? (Furnish copy of response, if in writing.) <u>Officers and staff at D.C. Jail came to me due to news report</u>

4.  What happened as a result of your complaint? <u>Outside of jail issue</u>

D.  If your answer is No to Question III B, explain why not. <u>This matter occurred while I was out in society before I was warranted and arrested between April 2006 and May 9 2006.</u>

E.  If there is no prison grievance procedure in the institution, did you complain to prison authorities?     Yes ( )     No (X)

F.  If your answer is Yes to Question III E;

1.  To whom and when did you complain? <u>When I was out in society, to attorneys, family, friends on my job.</u>

2.  Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)     Yes (X)     No ( )

3.  What if any response did you receive? (Furnish copy of response, if in writing.)
<u>Verbal response by phone calls that I should file a lawsuit.</u>

4. What happened as a result of your complaint? <u>I was only told to file a lawsuit in D.C. District Court to bring forward the sources and reporters that violated my constitutional/civil rights by defamation of character.</u>

IV    PARTIES

In item below, place your name and prison number in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any.

A.  Name of Plaintiff: <u>Maurice Ceasar # 208-880</u>
    Address: <u>1901 E Street S.E. Washington, D.C. 20003</u>

In item B below, place the full name of the defendant(s) in the first blank, their official position in the second blank, their place of employment in the third blank, and their address in the fourth blank. Do the same for additional defendants, if any.

B.  Defendant: <u>CBS Headquarters Company Personnel</u>
    <u>President, Executives, Producers, Reporters and Sources</u>
    Address: <u>51 West 52nd Street, New York, NY 10009</u>

    Defendant: <u>ABC Headquarters Company Personnel</u>
    <u>President, Executives, Producers, Reporters and Sources</u>
    Address: <u>500 South Buena Vista Street, Burbank, CA 91521-4551</u>

    Defendant: <u>NBC Headquarters Company Personnel</u>
    <u>President, Executives, Producers, Reporters and Sources</u>
    Address: <u>100 Universal Plaza, Universal City, CA 91608</u>

    Defendant: <u>Fox Headquarters Company Personnel</u>
    <u>President, Executives, producers, Reporters and Sources</u>
    Address: <u>P.O. Box 900, Beverly Hills, CA 90213</u>

    Defendant: <u>RCN Cable Station Corporation Personnel</u>
    <u>President, Executives, Producers, Reporters and Sources</u>
    Address: <u>Herndon, VA 20170</u>

    Defendant: <u>Comcast Corporation</u>
    <u>President, Executives, Producers, Reporters and Sources</u>
    Address: <u>1500 Market Street, Philadelphia, PA 19102</u>

V.   STATEMENT OF CLAIM

(1) During the period from April 17, 2006 through April 24, 2006, the news reporters showed my picture to the public and proceeded to use misleading and libelous information about my past history to the public. This was bad media exposure, which was not honest nor correct and resulted in a deprivation, invasion of privacy and misinformation. This data was not confirmed by news authorities. This problem has now displaced my life. Television stations (4), (5), (7), (8), and (9) reported and televised the misinformation given by the complainant who requested a warrant by affidavit for my arrest at the church building renovation project. He obviously misread my past history information that he took from my personal papers including my income tax W-2 forms without my permission. He took my social security number and ran it through a computer to the Bureau of Prisons web site. He did this to ridicule me due to a mistake he had made and then accused me of taking something which I did not take or have. This happened at the church renovation building at 777 8th Street, NW. The church receptionist then barred me from the renovation property after they took my photograph. I had come into the building on April 17, 2006 looking for part time work and to see if work was available. He had the misleading accusations aired on all the news media stations

(2) This person then e-mailed misleading information to news stations around the Metropolitan area with the intention, I believe, to create misinformation on the computer internet which caused me to be wanted for my own past criminal history information. That record was from 20 years ago up to the year 2002 and was in reference to charges that were dismissed along with my convictions. This defendant made it look to the E-Mailed news media stations that I was wanted for committing the offenses that were on the Bureau of Prisons web site of the past history, which had been stricken from the record but not yet removed from the web site. This was to get society to come forward against me or to identify me and have me arrested. The news associations failed to confirm the information but aired it to the public.

(3) My family, friends and employer told me that I was on the news and was wanted for a string of robberies at buildings, churches and others. I was appalled by the attention that I had received. I was stunned by such information that wronged me in the eyes of the public. I was depressed after it was shown on the 6 pm and 11pm news on all five news channels. However, after the next day, through a legal source, I heard they pulled it off the air due to misinformation that was given to the news agencies by their source. They recognized that something was wrong with this news report picture coverage. I did not know that all of this was occurring until others phoned me while I was working.

(4) The news association executives and reporters, however, accepted the e-mail data with the misinformation sent by the administrator of the renovation site who had me warranted by the Metropolitan Police Department using the same misleading and false information. The news stations broadcasted the erroneous information without

determining whether it actually occurred. They aired my photograph, which was taken by the administrator, who led them to believe that I committed a string of felony charges.

(5) The news media, CBS, ABC, NBC, FOX, RCN Cable and Comcast showed this photograph with the intent to make me a public interest or high profile case event. I recognized as did many others the picture of me that was provided by the administrator.

(6) The news associations displayed this report 3 times during the news daily broadcast, even in Baltimore, Maryland. The public was misled by the news association's broadcasts. Also on June 4 and 5, 2006 CBS channel 9 created a deception that I was still wanted but I was actually incarcerated at the D.C. Jail. This caused people to panic and made me a person of public interest.

(7) The news reporting companies and associations tried to pull the broadcast off the air. They recognized that something was wrong with this news report and picture coverage. By this time, however, I was deprived of the right to work at my jobs. My employers prevented me from working there. The news reporting companies and associations deprived me of the right to live out in society when the broadcasts were shown to the public and was viewed by people who know me. By the resulting incarceration, I lost out on a possible music contract, which I was about to sign with a music studio producer.

(8) By not confirming the claims of the administrator, I was deprived of my privacy. The administrator who was on nationwide television used the information he obtained from my personal folder of private papers, which included my federal income tax W-2 form, which I was yet to submit to the government. He also found in those papers, my social security number and date of birth. He used these private pieces of information and his personal computer to find details of my background where I had been incarcerated and charged with a crime that had been cleared but not yet removed from the police files. He then contacted the police and other law enforcement agencies and the news media, claiming I must be guilty of theft of items that had been taken from his facility. I have still not received my W-2 forms, my other personal papers or my cell phone. They were taken and not given back. My personal information was used recklessly in disregard to the truth as private information was used with intent to not only attack me but to cause panic in the public.

(9) The news media and companies identified in this Civil Complaint publicly alleged what the administrator of the renovated church stated that I was under warrant for a string of burglaries and robberies while out in society in the metropolitan Washington DC area. This allegation was not confirmed by those who put him on the air.

(10) The news media sources and reporters took this false information and sent it to other news agencies, news reporters and publishers. The government agencies then used this to cover up the drastic mistakes in passing the data back and forth. This has created me to be of public interest and has slandered my reputation as a citizen and musician.

(11) Due to the news associations named in this Civil Complaint, I was arrested after the warrant report affidavit the church Administrator (Mr. Paul Rosstead) gave to the police. That is how I came into the prison system this time. His report on me indicates that he is tied into the news media sources of the defamation and discrimination of character case, which I am filing. He made a bad frivolous attack on me by using the news media, five TV stations and sources to arrest me on the basis of a still photograph of me, which he took without my permission. He also provided incorrect information, misleading everyone, the news media, the public and the criminal justice system. This all has disrupted my life, put me in prison and caused me untold suffering due to these rumors and lies.

(12) When the six TV stations ( CBS, ABC, NBC, FOX, RCN CABLE, and COMCAST) first reported the untrue statements in April and again inJune,2006,they told the public that I was wanted for 10 to 20 charges but after some 180 days this was reduced to only two charges. One of these charges was due to the warrant by the church defendant who again sent e-mails to the stations tying this matter and defendants to the Deprivation, Discrimination, Invasion of Privacy and Misinformation case.

(13) This matter was intended to be conflicting to incriminate me in the Criminal Justice System. The airing on June 4 and 5, 2006 of the erroneous news was to get people to come forward since they had no response from the previous airing in April. The U.S. attorney officer who is the prosecutor on my case in Judge Dixon's court is trying to close cases on illegal news coverage that has been misleading from the start. He has been reiterating exposure of the same misleading news clippings to get the Grand Jury to indict me. The news media and prosecutor showed it to the public on June 4 and 5, 2006 to have the public believe that I was still on the run in society but I was right here in jail. This was the cause of a deception from criminal government sources.

(14) The six news media stations, (CBS, ABC, NBC, FOX, RCN CABLE, and COMCAST), their sources and reporters, especially the church administrator or supervisor at 777 8th Street N.W. and the Criminal Justice U.S. attorney office prosecutor had all caused me to have my life displaced by invasion of privacy, deprivation and discrimination which has injured me mentally and emotionally leading to depression and utmost debilitating stress. It is a fact that the news coverage of this matter to the public has caused panic among my friends and family. I am still appalled about where my life starts and ends. I wish to have this civil claim complaint law suit filed against all the above parties.

(15) These Defendants violated my Private Rights Act to liberty simply because I had a criminal history past. This has undone my reputation with public freedom, speech, work and housing. This is more than defamation however, more than publishing false charges and malicious comments. This was done with over reacting and with conscious deception.

(16) They intended to create a series of untrue cases to charge against me. This took away the liberty and freedom that I had before my arrest. Untrue statements were made

on the news media and in an affidavit. The Defendant or source misled the public by stating that I was wanted for a string of charges. That statement was intended to be created or concocted through announcement of false charges on the media. When it wasn't confirmed, it was printed by the newspapers.

(17) The news media, the administrator Mr. Paul Rosstead and the government have caused damage to my life and injuries that displaced my life to where I am fearful of going back out into the local community, especially in lieu of the unlawful leaks by the anonymous sources which I would hope could be brought to trial in this Civil Complaint.

(18) The media companies released the news report as though I was a great menace to the public although the charges are now reduced to one unwarranted charge instead of 10 to 20 of them as reported and with no apologies given. The information shows that there was no confirmation of the validity of the data prior to broadcasting and providing it to other news publishers and associations.

(19) The news journalist not only failed to confirm the data prior to airing but there was no attempt to find out why the report was given with so much anger by the source who apparently wanted me to be exposed as so bad and so wrong. The journalist reported on a matter that was not of high public interest, but was raised to a level of major importance for some reason.

(20) There was apparently no attempt by the news media associations to get verification prior to airing the story. There was apparently no attempt to verify the veracity of the administrator who provided the data, and photograph. The photo was not a police mug shot but was a simple photograph. The administrator has never returned my tax forms, my personal papers or my cell phone. I was arrested on one, not 10 to 20 felony charges as stated on the news. These charges were untrue and non-existent.

(21) These defendants should be recognized in the federal statutes of law and jurisprudence that they have violated several of my constitutional rights and should stand to pay the price of their failure to ensure that the data they broadcast is accurate and has been evaluated and every attempt has been made to confirm its accuracy.