# UNITED STATES DISTRICT COURT

District of COLUMBIA

**FILED**
DEC 14 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MAURICE CEASAR
Plaintiff

V.

Diverse - CBS News Company and Defendants
Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 06 2140

I, MAURICE CEASAR, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant/respondent  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  CCA / CTF Facility

   Are you employed at the institution?  NO    Do you receive any payment from the institution?  NO

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   0

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   Metro EPSI  /  Aramark   $7.00 to 11.00 Hourly
   1015 - 18th St N.W.  /  10001 Conn. Ave NW, W.D.C. 20036

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☑ No
   b. Rent payments, interest or dividends              ☐ Yes    ☑ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☑ No
   d. Disability or workers compensation payments       ☐ Yes    ☑ No
   e. Gifts or inheritances                             ☐ Yes    ☑ No
   f. Any other sources                                 ☐ Yes    ☑ No

**RECEIVED**
NOV 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

4.  Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

    If "Yes," state the total amount. _____0_____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

    If "Yes," describe the property and state its value.

    0

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

    0

I declare under penalty of perjury that the above information is true and correct.

11.28.06                    Maurice Ceas_____ cook
_____                  _____
Date                         Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____  _____ <br> United States Judge    Date | _____  _____ <br> United States Judge    Date |

```
RUN DATE 06/22/06          CCA CORRECTIONAL TREATMENT FACILITY
RUN TIME 15:44:44                    INMATE TRANSACTIONS

                Bookin 208880
                  Name CEASAR MAURICE
                  Race B  Sex M    DOB  02/08/60
               Remarks REBOOK
                Status RB Freeze N   Date 06/19/06   Time 11:36:27
       Current Balance          0.73  Location E2A

Date      Time       Emp   Type              Debit     Credit Inmate BAL Receipt
-----------------------------------------------------------------------------------
06/19/06 11:36:51  4193   ReBook                                   0.00 G61207960
Rebook                          208880    CEASAR MAURICE
-----------------------------------------------------------------------------------
06/19/06 11:37:06  4193   Deposit                      15.00     15.00 G61207961
MONEY ORDER #08858645460/471/482/493/504DC DOC
-----------------------------------------------------------------------------------
06/21/06 16:08:29  1091   Comm Sal           14.27               0.73 N/A
47     0 06/21/06 16:08             CEASAR MAURICE
-----------------------------------------------------------------------------------
```

Inmate Signature _Maurice Ceasar_

06 2140

**FILED**

DEC 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



Maurice Cea[signature]

```
Picklist for: 263880       CEASAR MAURICE
     Received: 07/26/06 11:56:57 AM        Date: 07/27/2006
   Order Date: 07/17/2006                  Page:    3
   Order No.: 060121547                    Location: 57A
Current Balance: 0.42                      From: CCA CORRECTIONAL TREATMENT FACILITY

Prod.# Description                Price      Quan.   Picked            Tax         Extend.
-------------------------------------------------------------------------------------------
50007  Book of Stamps 10 ct       $3.90      1  DO NOT PICK-IF     $0.00       $3.9
54166  Saltine Crackers 4oz Sleeve $0.65     1                     $0.00       $0.6
54178  Iced Oatmeal Cookies 4oz Tray $0.55   2  DO NOT PICK-IF     $0.00       $0.8
54183  Chocolate Chip Cookies 4oz  $0.55     2  DO NOT PICK-IF     $0.00       $0.8
54262  Top Ramen Spicy Chicken    $0.30      3  DO NOT PICK-IF     $0.00       $0.6
52010  Cornuts Original           $0.69      2  DO NOT PICK-IF     $0.00       $0.60
52073  BBQ Corn Chips 1.5oz       $1.99      1                     $0.00       $1.9
56012  Nestle Butterfinger        $0.49      5  DO NOT PICK-IF     $0.00       $0.4
56017  Mr. Goodbar                $0.49      3                     $0.00       $1.4
56063  Skittles                   $0.49      2  DO NOT PICK-IF     $0.00       $0.4
53000  Jumbo Honey Bun            $0.50      5  DO NOT PICK-IF     $0.00       $0.4
                                                                 Taxable:       $0
                                                              Nontaxable:     $4.11
                                                                      Tax:    $0.00
                                                                    Total:    $4.11
```

Delivered by Jailer _____ Date _____

Personnel of CCA CORRECTIONAL TREATMENT FACILITY, please deduct the sum of $4.11 from my inmate account.

Inmate signature: _Maurice Ceasar_

# District Court of the District of Columbia

## CIVIL DIVISION

New Civil Complaint

Plaintiff(s): MAURICE CEASAR

vs.

Defendant(s): Local NEWS PAPER Publishers/Printers

Case No.: ___

## MOTION TO PROCEED IN FORMA PAUPERIS

Comes now the Plaintiff - MAURICE CEASAR and respectfully request this honorable court to allow them to proceed without prepayment of costs for the following reason(s):

Due to my Being Indigent And Incarcerated / Also in the Matter that my W2-Tax papers was takened and use By one of the Defendants who Did not let me get my W2-Taxpapers out of Renovated work Area the Day I was Being sought After By Him. Then Law Enforcement 4-11-2006 • I Never Filed my tax papers

Printed name: MAURICE CEASAR

Address: CCA-E2A 1901 E St. S.E. Washington D.C. 20003

Signature: Maurice Ceasar

Home phone no.: 301-248-7559 c/o me

Business phone no.: ___

## CERTIFICATE OF SERVICE

I certify that a copy of the above was mailed, postage prepaid, on November 28, 2006

To: Mrs. L. Scott (Clerk of Court)

Name: U.S. District Court For D.C.
Address: 333 Constitution Ave. N.W. Washington D.C. 20001

Signature: Maurice Ceasar

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

I was Defame - And Discriminated, And the panic of the Public, was All For No public Interest (when) This was Broadcast misleading the Information was not fully true. And my W2-Forms Social Security And my Name was use Recklessly - when the printers/Publishers Did Not Confirm Information given to them By one of the Defendants named In this Civil Claim:

Signature: Maurice Ceasar