U.S. District Court for District of Columbia

**FILED**
MAY 14 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Maurice Ceasar

vs.

CBS-Headquarters et al, Defendants

Civil Case Docket No. 06-2140

Date May 10, 2007

Subject: Praecipe to let Judge and Court have Notice of New Address and to Forward Civil Action Information to me Immediately

To: Honorable Judge Gladys Kessler and Direct Clerk

I, Maurice Ceasar, Fed. No. 09747-007, P.O. Box 300 / Canaan USP C-unit 3057 Easton Turnpike, Waymart, Pennsylvania 18472 has resided here in lieu new address.

May all civil action notices, documents and responses to CA-06-2140 be sent to me in references of any request to be made by your court to me. I would truly appreciate it respectively that you can make me aware of receipt of this letter subject by mail - and may this Canaan USP be made aware of any oral hearings or proceedings in reference to this civil case endeavor that concerns my input by mail or contact phone number. 8000

4