C.A. U.S. District Court for District
of Columbia
CASE NO. 06-2140
Maurice Ceasar
        vs.
CBS Headquarters Co.
et al Defendants

Maurice Ceasar # 208-880
CCA-C.T.F. E-2A Unit
1901 E St. S.E.
Washington D.C. 20003

December 24, 2007

Dear Honorable Judge Gladys Kessler,

I, wish to convey with you about the December 13, 2006 order you sent to me c/o provisional Filing-Filing of CA-06 2140 Civil Action Complaint.

I wish to thank you for you permission to file this Diverse Citizen motion.

For your order to have 6 month of my Trust Fund account sent to you, I am working on this matter with casemanager Ms Jennings here at CCA/C.T.F. and I hope to have it and Receipt stubbs if needed to you soon!

Your Honor,

I must say that if I was out in society I would be able to pay the full fee to file. However, the person and Defendant Paul Rosstead - is the reason why I don't have the money or account from society, Due to him taking my W2-form on the last day of tax day which I was to file for taxes Refund on 4-17-06. I never did - or could not because of this person taking the information from my W2 forms from EPS I metro / Aramark - K.F.C. Foods. He used my personal information Recklessly without regards of the truth... Also gave Information of my criminal past history of (no papers) and (dismissed charges)(He) surfed on computers and from officers MPD - then gave to media which showed this Nationally - which they did not confirm by E mails of being the truth or false that they aired. All of this stems from my W2-forms which he took to cause me to be warranted - and the public to panic - on untrue strings of felonies that I was never charged with. May my/civil complaint be Reviewed. M. Ceasar

U.S. District Court For District of Columbia

Maurice Ceasar # 208-880
CCA - C.T.F.
1901 E Street S.E.
Washington D.C. 20003

Civil
Case No. 06-2140

v.

CBS HeadQuarters Company
et al - Defendants

(December 28, 2006)

Dear Honorable Judge Gladys Kessler, and Civil Clerk,

= Happy 2007 =

I, Maurice Ceasar is writing you c/o Informa pauperis Application - and the Inmate prison Trust fund data you Requested.

I've sent a copy on 12-27-06 - However sending this copy to ensure!

Enclosed is a copy of my Last (6) months and (Plus) + Account Balance From CCA / C.T.F. Finance Dept.

As for the Record this is the only Institution I have been to in the Last (6) months.

Your Honor,

I would like to Express that, I would've paid this all out if my W2-Form taxpapers wasn't Deprived along with my cell phone at a Defendants hand - where he used my Name, Birthdate, Social Security on line and then he sent E-mail and Phone called to News media and papers; also Law Enforcement erroneously; to cause a panic public to the publics and misled everyone that I was wanted for strings of felony charges 10s-20s of charges which I was not ever charged or warrant for at No time. He the defendant who started all of this used my W2-Form, that I was to file on 4-17-06 and Intentially and recklessly did this with spike of the truth and caused me Not to have my taxes filed and Bank Account closed and Both Jobs at EPSI Metro and Aramark to fire me due to News media who did Not confirm E-mails and Phone calls that the information Received by them was Not true or did they knew why it was sent to them - as a public interest file.

I hope that this court will see, through all of this what I see.

Respectfully Yours
Maurice Ceasar

```
RUN DATE 12/27/06           CCA CORRECTIONAL TREATMENT FACILITY
RUN TIME 10:22:54                      INMATE TRANSACTIONS

                    Bookin 208880
                      Name CEASAR MAURICE
                      Race B  Sex M      DOB 02/08/60
                   Remarks REBOOK
                    Status RB  Freeze N  Date 06/19/06   Time 11:36:27
           Current Balance          0.29  Location E2A
```

| Date | Time | Emp | Type | Debit | Credit | Inmate BAL | Receipt |
|---|---|---|---|---|---|---|---|
| 06/19/06 | 11:36:51 | 4193 | ReBook  208880  CEASAR MAURICE | | | 0.00 | 661207960 |
| Rebook | | | | | | | |
| 06/19/06 | 11:37:06 | 4193 | Deposit | | 15.00 | 15.00 | 661207961 |
| MONEY ORDER #0885864546Ø/471/482/493/504DC DOC | | | | | | | |
| 06/21/06 | 16:08:29 | 1091 | Comm Sal    14.27  CEASAR MAURICE | | | 0.73 | N/A |
| 47   Ø 06/21/06 16:08 | | | | | | | |
| 06/27/06 | 12:27:34 | 9744 | Deposit | | 15.00 | 15.73 | 661208548 |
| 09491636654          MONEY ORDER | | | | | | | |
| 06/27/06 | 12:29:37 | 9744 | Deposit | | 20.00 | 35.73 | 661208553 |
| 0885470739Ø         MONEY ORDER | | | | | | | |
| 06/27/06 | 12:33:19 | 9744 | Deposit | | 30.00 | 65.73 | 661208557 |
| 0884863135Ø         MONEY ORDER | | | | | | | |
| 06/28/06 | 16:37:09 | 1091 | Comm Sal    26.83  CEASAR MAURICE | | | 38.90 | N/A |
| 47   Ø 06/28/06 16:37 | | | | | | | |
| 07/05/06 | 15:16:44 | 4193 | Comm Sal    20.69  CEASAR MAURICE | | | 18.21 | N/A |
| 47   Ø 07/05/06 15:16 | | | | | | | |
| 07/12/06 | 15:41:01 | 1091 | Comm Sal    17.98  CEASAR MAURICE | | | 0.23 | N/A |
| 47   Ø 07/12/2006 15:41 | | | | | | | |
| 07/14/06 | 10:56:27 | 9744 | Deposit | | 20.00 | 20.23 | 661211094 |
| 0884301621Ø         MONEY ORDER | | | | | | | |
| 07/18/06 | 11:38:10 | 9744 | Deposit | | 15.00 | 35.23 | 661211379 |
| 09491634932         MONEY ORDER | | | | | | | |
| 07/19/06 | 15:35:48 | 1091 | Comm Sal    30.63  CEASAR MAURICE | | | 4.60 | N/A |
| 47   Ø 07/19/2006 15:35 | | | | | | | |
| 07/27/06 | 15:52:36 | 4193 | Comm Sal    4.11  CEASAR MAURICE | | | 0.49 | N/A |
| 47   Ø 07/27/2006 15:52 | | | | | | | |
| 08/02/06 | 09:12:17 | 9744 | Deposit | | 3.80 | 4.29 | 661212979 |
| COMMISSARY REFUND 7/19/06 | | | | | | | |
| 08/09/06 | 16:14:48 | 4193 | Comm Sal    3.25  CEASAR MAURICE | | | 1.04 | N/A |
| 47   Ø 08/09/06 16:14 | | | | | | | |
| 08/11/06 | 10:34:20 | 9744 | Deposit | | 30.00 | 31.04 | 661214045 |
| 0885473823Ø         MONEY ORDER | | | | | | | |

```
RUN DATE 12/27/06        CCA CORRECTIONAL TREATMENT FACILITY
RUN TIME 10:22:54                   INMATE TRANSACTIONS

                    Bookin 208880
                      Name CEASAR MAURICE
                      Race B  Sex M      DOB  02/08/60
                   Remarks REBOOK
                    Status RB Freeze N  Date 06/19/06   Time 11:36:27
              Current Balance          0.29  Location E2A
08/16/06 16:09:28 4193    Comm Sal         30.27              0.77 N/A
47    0 08/16/06 16:09                CEASAR MAURICE

08/23/06 14:08:18 9744    Deposit                    20.00   20.77 G61215682
1022160291 6                          MONEY ORDER

09/07/06 16:05:55 4193    Comm Sal         20.54              0.23 N/A
47    0 09/07/06 16:05                CEASAR MAURICE

09/11/06 16:25:20 9744    Deposit                    20.00   20.23 G61217642
0987820578                            MONEY ORDER

09/13/06 15:04:17 4193    Comm Sal         18.73              1.50 N/A
47    0 09/13/06 15:04                CEASAR MAURICE

09/18/06 15:05:48 9744    Deposit                    20.00   21.50 G61218438
8913016543                            WESTERN UNION

09/19/06 11:23:59 9744    Deposit                    15.00   36.50 G61218585
0949160311                            MONEY ORDER

09/20/06 12:53:25 9744    Deposit                    17.13   53.63 G61218767
                                      COMMISSARY REFUND 9/7/06

09/20/06 13:22:57 9744    Deposit                    20.00   73.63 G61218787
0987822571                            MONEY ORDER

09/20/06 15:55:18 4193    Comm Sal         39.27             34.36 N/A
47    0 09/20/06 15:55                CEASAR MAURICE

09/27/06 16:46:04 1091    Comm Sal         27.44              6.92 N/A
47    0 09/27/2006 16:46              CEASAR MAURICE

10/04/06 13:29:51 2513    Comm Sal          6.78              0.14 N/A
47    0 10/04/06 13:29                CEASAR MAURICE

10/06/06 10:12:08 9744    Deposit                     1.38    1.52 G61220588
                                      COMMISSARY REFUND 9/20/06

10/09/06 12:01:21 9744    Deposit                    40.00   41.52 G61220792
9878741201                            MONEY ORDER

10/11/06 11:20:30 9744    Deposit                     1.38   42.90 G61221046
                                      COMMISSARY REFUND 9/27/06

10/11/06 13:45:30 2513    Comm Sal         23.34             19.56 N/A
47    0 10/11/06 13:45                CEASAR MAURICE

10/13/06 11:31:05 9744    Deposit                    20.00   39.56 G61221415
9878724988                            MONEY ORDER
```

```
RUN DATE 12/27/06         CCA CORRECTIONAL TREATMENT FACILITY
RUN TIME 10:22:55                    INMATE TRANSACTIONS

                    Bookin 208880
                      Name CEASAR MAURICE
                      Race B  Sex M    DOB  02/08/60
                   Remarks REBOOK
                    Status RB Freeze N  Date 06/19/06   Time 11:36:27
               Current Balance        0.29 Location E2A
10/18/06 15:23:49 2513   Comm Sal         25.30              14.26 N/A
47   0 10/18/06 15:23             CEASAR MAURICE

10/25/06 12:50:23 9744   Deposit                     15.00  29.26 G61222602
0949163407                        MONEY ORDER

10/25/06 16:26:11 4193   Comm Sal         24.64               4.62 N/A
47   0 10/25/06 16:26             CEASAR MAURICE

10/26/06 12:19:47 9744   Deposit                      5.10   9.72 G61222815
                                  COMMISSARY REFUND 10/11/06

10/31/06 15:58:06 4193   Deposit                      1.64  11.36 G61223540
                                  COMMISSARY REFUND 10/18/06

11/02/06 15:41:17 4193   Comm Sal         10.71               0.65 N/A
47   0 11/02/06 15:41             CEASAR MAURICE

11/07/06 15:54:20 9744   Deposit                     20.00  20.65 G61224222
0987740221                        MONEY ORDER

11/08/06 16:38:19 4193   Comm Sal         20.13               0.52 N/A
47   0 11/08/06 16:38             CEASAR MAURICE

11/14/06 09:05:57 9744   Deposit                     50.00  50.52 G61224753
091361201                         WESTERN UNION

11/14/06 11:40:42 9744   Deposit                     20.00  70.52 G61224841
0987760123                        MONEY ORDER

11/15/06 14:23:06 4193   Comm Sal         41.18              29.34 N/A
47   0 11/15/06 14:23             CEASAR MAURICE

11/21/06 12:44:34 9744   Deposit                      2.86  32.20 G61225692
                                  COMMISSARY REFUND 11/8/06

11/28/06 15:36:33 9744   Deposit                     20.00  52.20 G61226346
0231228326                        MONEY ORDER

11/29/06 15:14:44 4193   Comm Sal         33.50              18.70 N/A
7    0 11/29/06 15:14             CEASAR MAURICE

12/06/06 16:18:17 4193   Comm Sal         17.22               1.48 N/A
7    0 12/06/06 16:18             CEASAR MAURICE

12/12/06 11:15:11 9744   Deposit                     20.00  21.48 G61227019
0231236505                        MONEY ORDER

12/12/06 11:18:51 9744   Deposit                     15.00  36.48 G61227826
0224224537                        MONEY ORDER
```

```
RUN DATE 12/27/06         CCA CORRECTIONAL TREATMENT FACILITY
RUN TIME 10:22:55                  INMATE TRANSACTIONS

                        Bookin 208880
                        Name CEASAR MAURICE
                        Race B  Sex M    DOB  02/08/60
                        Remarks REBOOK
                        Status RB Freeze N  Date 06/19/06   Time 11:36:27
                   Current Balance         0.29  Location E2A
12/13/06 14:55:40 4193   Comm Sal             36.25                0.23 N/A
47    0 12/13/06 14:55              CEASAR MAURICE

12/19/06 10:34:31 4193   Deposit                      20.00       20.23 661228432
10231231735                         MONEY ORDER

12/19/06 12:11:55 1091   Comm Sal             19.94                0.29 N/A
47    0 12/19/06 12:11              CEASAR MAURICE
```

Inmate Signature  *Maurice Coasl**2006*