District Court for the District of Columbia

MAURICE CEASAR
    Plaintiff,
      vs.

CBS Headquarters Co.
  Et al.,
    Defendants

RECEIVED
MAR 28 2007
received in box 5/21/07
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action No: 06 2140 RMC

March 26, 2007

Subject: Request for Appointment of Attorney

To: Mrs. L. Scott, Direct Clerk office or to whom this request may concern;

I, Maurice Ceasar, wishes to convey in lieu of requesting this Honorable Clerk and Judge Court to appoint an attorney at this time, to be assigned to my present case under CA No 062140.

At this time — This plaintiff is indigent and in the need of representation. This Plaintiff does fit the criteria due to Informa Pauperis litigant in a civil matter. I, Maurice Ceasar, do understand that by this Court that an Attorney under the Pro Bono Panel in standing of the Bar under LCvR 83.10 A/B also under LCvR 83.11 4-B that to my understanding that I can request for an Attorney which has the expertise to represent me in this civil matter.

May you please - review civil complaint motion 06-2140 to see that this complainiff did requested in motion for Pro Bono or appointment of counsel due to indigent matter at this time.

② 

May under the U.S. District Court for the District of Columbia Rules LCvR 83.10 A/B and LCvR 83.11 1-4 B, be applied to my request to move forward with my civil complaint 06-2140 with an attorney to represent me in all of these civil endeavors.

I, have presented all finance paper work under Informa Pauperis twice from my Inmates Trust Fund Account to show that I do not have employment nor any major amount of funds coming in to support my fees. Especially when part of my civil complaint stresses that my W2-Forms were taken from me by one of the Defendants who caused these problems in lieu of my civil complaint.

## = Certificate of Service =

I, hereby state that I am indigent and wishes to have this Honorable Clerk unde LCvR 83.1 1(1-4B) or this Honorable Judge to appoint me the (Plaintiff) pro se an attorney to move forward with civil complaint Respectively. And on this __26__ day __march__ 2007 wishes to make this matter knowledgible to this Clerk of Court so that this Request can be honored.

Respectfully yours
Maurice Ceasar 208880
MAURICE CEASAR