RE~~~~~D
MAY 21 2007
NANCY MAYER WHITTINGTON, CLERK

U.S. District Court
For The District of Columbia
333 Constitution Avenue N.W.
Washington, DC 20001

Pro'se
Maurice Ceasar, Petitioner

CASE NO. 06-2140
CASE NO. 0002362-07
Case No. 000 8052-06

VS

CCA-C.T.F. or
Federal Bureau of Prisons, Respondent

Date: MAY 25, 2007

Praecipe Petition for Writ of Habeas Corpus by a person in Federal Custody

I, Maurice Ceasar, Wish to request a return to Washington, DC Department of Corrections or to CCA/C.T.F., 1901 E Street S.E. Washington, DC 20003 to have a closer opportunity to be in presence and access of four civil cases I have in the DC Superior Court and the United States District Court for the District of Columbia.

These cases are open and need to be acted upon by my Pro'se views. I also request to be granted access to the law library for research on these civil cases in court.

The issue for this request for Habeas Corpus, is that I am in federal custody at this time and have difficulty preparing to argue my case while here. My federal location prevents me from preparing for Initial and Status Conference Dates, which are important so I can be present to follow through with the actions resulting from the proceedings of each case.

The reason I am respectfully requesting this action is to avoid Delays or Dismissal of my civil complaints while I am presently preparing my strategies for trial. I feel that even if I am Pro'se, I should have the right to plead out this matter or be heard in the interest of my complaint that has been filed and is today an open case. Jurisdiction should be closer than where I am today. I am presenting this Habeas Corpus for this matter to keep me incarcerated at CCA/C.T.F., 1901 E Street S.E. Washington, DC 20003.

Due to so many civil action court dates scheduled and therefore, that I meet the dates in preparation for the civil cases, may this writ of Habeas Corpus be granted until I am finished with civil court in the jurisdiction of Washington, DC.

I, the petitioner, understand that civil cases while incarcerated could be a detraction to this court or be hindered by the Federal Bureau of Prisons due to my criminal case sentence and jurisdiction. This is why I am asking this court judge, may it be granted that I can come back to Washington, DC detention to prepare effectively for these four civil

cases. I have enclosed a copy of each case and status that I must act on while incarcerated without being deprived of this right to have my day in court on these matters at hand. This petitioner has not earlier applied for a writ of Habeas Corpus in this court.

Wherefore, this petitioner requests this court to issue a writ of Habeas Corpus asking the respondent court to have me, the petitioner, to be housed or incarcerated at a Washington DC detention facility to permit my engagement in the four open cases in this jurisdiction until the cases are finished or resolved.

I believe this should be done at a time and place specified by this court so that the court may further inquire as to the lawfulness of respondent's custody of petitioner; to grant this petitioner such opportunity to prepare and be present for all proceedings, statuses and hearings effectively for the four civil cases in DC Superior Court and U.S. District Court for the District of Columbia.

Signed _____     5/25/07
        Maurice Ceasar                    Date

In respect for this court, in any other jurisdiction outside of the District of Columbia, will cause great hardships to follow through with my court cases that are open there. I wish to be entitled to these proceedings.

I, Maurice Ceasar, petitioner, being honest, have read and subscribed to the above set forth petition and information therein is true and correct.

Signed _____     5/25/07
        Maurice Ceasar                    Date

## 2007 CA 002362 B CEASAR, MAURICE Vs. WASHINGTON TIMES NEWSPAPER

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 03/29/2007 | **Case Status** | Open | **Case Status Date** | 03/29/2007 |
| | | **Case Disposition** | Undisposed | **Case Disposition Date** | |

### Party Information

| Party Name | Party Alias(es) | Party Type | Attorney(s) | Attorney Phone |
|---|---|---|---|---|
| CEASAR, MAURICE | | PLAINTIFF | PRO SE | |
| WASHINGTON TIMES NEWSPAPER | | Defendant | FARBER, Mr ALLEN V | (202)230-5300 |

### Case Schedule

| Date | Start Time | Event Type | Result |
|---|---|---|---|
| 07/06/2007 | 09:30 AM | Initial Scheduling Conference-60 | |

### Financial Entries

| Receipt # | Date | Received From | Amount Paid |
|---|---|---|---|
| 71466 | 05/03/2007 | FARBER, Mr ALLEN V | 20.00 |

| Payment | | Fee | |
|---|---|---|---|
| Receipt Depositor | 20.00 | Cost | 20.00 |

### Docket Entries

| Date | Text |
|---|---|
| 04/27/2007 | Motion to Dismiss Complaint With Prejudice Filed. Submitted 04/27/2007 17:01. sams. Attorney: FARBER, Mr ALLEN V (912865) WASHINGTON TIMES NEWSPAPER (Defendant); Receipt: 71466 Date: 05/03/2007 |

# 2006 CA 008052 B CEASAR, MAURICE Vs. NBC NEWS STATION

| File Date | 11/01/2006 | Case Status | Open | Case Status Date | 11/01/2006 |
|---|---|---|---|---|---|
| | | Case Disposition | Undisposed | Case Disposition Date | |

## Party Information

| Party Name | Party Alias(es) | Party Type | Attorney(s) | Attorney Phone |
|---|---|---|---|---|
| CEASAR, MAURICE | | PLAINTIFF | PRO SE | |
| NBC NEWS STATION | | Defendant | TOBIN, Mr CHARLES D | (202)995-3000 |
| | | | BONILLA, JUDITH F | (202)915-3000 |
| FOX (5) LOCAL NEWS STATION | | Defendant | TOBIN, Mr CHARLES D | (202)995-3000 |
| | | | BONILLA, JUDITH F | (202)915-3000 |
| ABC NEWS STATION | | Defendant | TOBIN, Mr CHARLES D | (202)995-3000 |
| | | | BONILLA, JUDITH F | (202)915-3000 |
| CBS NEWS STATION | | Defendant | TOBIN, Mr CHARLES D | (202)995-3000 |
| | | | BONILLA, JUDITH F | (202)915-3000 |
| CHANNEL (8) NEWS STATION | | Defendant | TOBIN, Mr CHARLES D | (202)995-3000 |
| | | | BONILLA, JUDITH F | (202)915-3000 |

## Case Schedule

| Date | Start Time | Event Type | Result |
|---|---|---|---|
| 03/06/2008 | 10:00 AM | Status Hearing | |

## Docket Entries