U.S. Department of Justice
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
_____ District of ___**Columbia**___

TO: ┌

RCN Cable Station Corp
196 Van Buren
Herndonb, Va. 30170

┐

Civil Action, File Number ___**CA-06-2140**___

**Maurice Ceasar**

V.

└ ┘

**CBS Headquarters Company, et al**

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

_06-2140_    _5-30-07_    _BB_

If you are served on behalf of a corporation, signature your relationship to that entity. If indicate under your signature your authority.

days, you (or the party on whose behalf you laint in any other manner permitted by law.

ehalf you are being served) must answer the by default will be taken against you for the

of Summons and Complaint By Mail was

IS Official)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RCN Cable Station Corp

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
_Gutierrez_    05/31/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004

7004 2510 0000 2032 8635

Domestic Return Receipt                    102595-02-M-1540

COMPLAINT

mplaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

# RECEIVED

### JUN 4 2007

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)