U.S DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAURICE CEASAR

VS.

CBS HEAD QUARTERS COMPANY, Et al
DEFENDANTS

Civil Actions # :062140-RMC
Assigned to:Judge Rosemary M.Collyer
Assigned date: 05/15/07

June 1, 2007

**Subject: Request to Correct Typepographical Errors on Docket Report and Docket Text and in Civil Action Motion Action Relief**

**Dear HONORABLE JUDGE ROSEMARY M. COLLYER AND CLERK L. SCOTT,**

**In regards to this CIVIL ACTION, of 1: 062140-RMC.** I, MAURICE CEASAR- wishes to make a couple of corrections regarding the amount findings which should be $ 4,000.000.00. four Millions Dollars **Jointly**, for all the defendants together. **Not Singley.**

In the Docket report sent to me most recently on **5-24-07**. under my name and assigned judge, it stipulates demand: $ **294,967,296.** which is another **Error** I wish to have corrected immediately, and that I be sent an up dated copy of **Dockect Report and Text.** May this Honorable Judge and Clerk Honor this Request to correct that part of **Civil Action Motion and Dockect Report Text.** This Demand: should read **$ 4.ooo. 000.00. Dollars (four Millions Dollars) Jointly-THAN-$294,967,296.** Thank you and I must say your Honor youre doing a great job there.

RECEIVED

JUN 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully,

CEASAR MAURICE

JURY, PROSE-PR, TYPE-F

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:06-cv-02140-RMC
# Internal Use Only

CEASAR v. CBS HEADQUARTERS COMPANY et al
Assigned to: Judge Rosemary M. Collyer
Demand: $-294,967,296
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 12/14/2006
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**MAURICE CEASAR**

represented by **MAURICE CEASAR**
R09747-007
CANAAN UNITED STATES PENITENTIARY
C2 - Unit
P.O. Box 300
3057 Easton Turnpike
Waymart, PA 18472
PRO SE

V.

**Defendant**

**CBS HEADQUARTERS COMPANY**

**Defendant**

**ABC HEADQUARTERS COMPANY**

**Defendant**

**NBC HEADQUARTERS COMPANY**

**Defendant**

**20TH CENTURY FOX HEADQUARTERS COMPANY**

**Defendant**

**RCN CABLE STATION CORPORATION**

**Defendant**

**COMCAST CORPORATION**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/14/2006 | 1 | COMPLAINT against CBS HEADQUARTERS COMPANY, ABC HEADQUARTERS COMPANY, NBC HEADQUARTERS COMPANY, 20TH CENTURY FOX HEADQUARTERS COMPANY, RCN CABLE STATION CORPORATION, COMCAST CORPORATION filed by MAURICE CEASAR.(ls, ) Additional attachment(s) added on 5/17/2007 (tg, ). (Entered: 12/18/2006) |
| 12/14/2006 | | SUMMONS Not Issued as to CBS HEADQUARTERS COMPANY, ABC HEADQUARTERS COMPANY, NBC HEADQUARTERS COMPANY, 20TH CENTURY FOX HEADQUARTERS COMPANY, RCN CABLE STATION CORPORATION, COMCAST CORPORATION (ls, ) (Entered: 12/18/2006) |
| 12/14/2006 | 2 | MOTION for Leave to Proceed in forma pauperis by MAURICE CEASAR. (ls, ) Additional attachment(s) added on 5/17/2007 (tg, ). (Entered: 12/18/2006) |
| 12/14/2006 | 3 | PRO SE ORDER directing within 30 days of this Order, unless an extension of time is granted, plaintiff to provide a six month trust fund prisoner account statement and failure to comply will result in dismissal of case. Signed by Judge Gladys Kessler on 12/13/06. (ls, ) Additional attachment(s) added on 5/17/2007 (tg, ). (Entered: 12/18/2006) |
| 03/28/2007 | 7 | MOTION to Appoint Counsel by MAURICE CEASAR (lc, ) (Entered: 05/21/2007) |
| 05/14/2007 | 4 | NOTICE of Change of Address by MAURICE CEASAR (ls, ) Additional attachment(s) added on 5/17/2007 (tg, ). (Entered: 05/15/2007) |
| 05/15/2007 | 5 | RESPONSE TO ORDER OF THE COURT re 3 Pro Se Order Directing Prisoner Statement, filed by MAURICE CEASAR. (Attachments: # 1 prisoner fund account statement)(tg, ) (Entered: 05/17/2007) |
| 05/15/2007 | 6 | ORDER Granting 2 MOTION for Leave to Proceed in forma pauperis filed by MAURICE CEASAR. Plaintiff is obligated to pay an initial filing fee of $16.00 to the Clerk of the United States District Court for the District of Columbia. Plaintiff is obligated to the United States District Court for the District of Columbia for twenty percent of the preceding month's income credited to his prison account as continued partial payments on the remaining balance of the $350.00 filing fee. Signed by Judge James Robertson on 4/30/07. (tg, ) (Entered: 05/17/2007) |
| 05/15/2007 | | Case Reassigned to Judge Rosemary M. Collyer from Unassigned (tg, ) (Entered: 05/17/2007) |
| 05/21/2007 | 8 | MOTION To Be Returned to the DC Area by MAURICE CEASAR (lc, ) (Entered: 05/22/2007) |