**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
NBCHeadquarters Company, Inc.
100 Universal Plaza
Universal City, California 91608

Civil Action, File Number __CA-06-2140 RMC__

__Maurice Ceasar__
V.
__CBS Headquarters Company, etal__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you ...red in serving a summons and complaint in any other manner permitted by law.

... form, you (or the party on whose behalf you are being served) must answer the ... sent. If you fail to do so, judgment by default will be taken against you for the

... and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature *(USMS Official)*

RECEIPT OF SUMMONS AND COMPLAINT

a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

**RECEIVED**
**JUN 8  2007**
**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense