**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of _____Columbia_____

TO:

Comcast Corporation
1500 Market St.
Philadelphia, Pa. 19102

Civil Action, File Number __CA-06-2140 RMC__

__Maurice Casear__

V.

__CBS Headquarters Company, etal__

_____ pursuant to the Federal Rules of Civil Procedure.

_____ part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ ose. Keep copy 3 for your records.

_____ OWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, _____ her entity, you must indicate under your signature your relationship to that entity. If _____ uthorized to receive process, you must indicate under your signature your authority.

_____ of this form to the sender within ____ days, you (or the party on whose behalf you _____ curred in serving a summons and complaint in any other manner permitted by law.

_____ this form, you (or the party on whose behalf you are being served) must answer the _____ were sent. If you fail to do so, judgment by default will be taken against you for the

_____ otice and Acknowledgment of Receipt of Summons and Complaint By Mail was

_____
Signature (USMS Official)

___ OF RECEIPT OF SUMMONS AND COMPLAINT
___ d a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

**RECEIVED**
**JUN 8 2007**
**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Copy 4 - USMS District Suspense

Form USM-299
(Rev. 6/95)