U.S. Department of Justice
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:  20th Century Fox Headquarters Co.
POB 900
Beverly Hills, Ca. 90213

Civil Action, File Number __CA-06-2140__

__Maurice Ceasar__

V.

__DES Headquarters Company, etal__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If [you are served on behalf of an individual], indicate under your signature your authority.

BD    5-30-07    06-2140

[If you ... complete and return this form] days, you (or the party on whose behalf you [are being served]) [must answer the com]plaint in any other manner permitted by law.

[If you ... complete and return this form], behalf you are being served) must answer the [complaint. A judgment] by default will be taken against you for the [relief demanded in the complaint.]

[I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt] of Summons and Complaint By Mail was [mailed on this date.]

_____
(Signature USMS Official)

ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   20th Century Fox Hdgt Co.

2. Article Number (Transfer from service label)
   7004 2510 0000 2032 8628

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Linda Bujjoni_   ☒ Agent ☐ Addressee

B. Received by (Printed Name): LINDA BUJJONI
C. Date of Delivery: 6-8-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

---

Street Number and Street Name or P.O. Box No.
_____

City, State and Zip Code
_____

Signature
_____

Relationship to Entity/Authority to Receive
_____

Service of Process
_____

Date of Signature
_____

RECEIVED
JUN 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copy 4 - USMS District Suspense

Form USM-299
(Rev. 6/95)