IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MAURICE CEASAR**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-2140-RMC |
| ) | |
| **CBS HEADQUARTERS COMPANY**, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT RCN CORPORATION'S MOTION
TO ENLARGE THE TIME TO RESPOND TO THE COMPLAINT**

Comes now, Defendant RCN Corporation ("RCN"), by and through its undersigned counsel, and hereby moves to extend by three weeks the time for RCN to answer or otherwise respond to the Complaint in this action and in support thereof states the following:

1. The Complaint in this case was served on May 31, 2007. Accordingly, RCN's response to the Complaint is currently due on June 20, 2007.[1]

2. RCN requires an additional three weeks to formulate its response to the Complaint.

3. RCN's counsel was unable to confer with the *pro se* plaintiff in this action to seek his consent to the relief requested herein due to Plaintiff's incarceration.

---

[1] RCN does not waive its right to challenge the sufficiency of service of process in this action.

WHEREFORE, RCN respectfully requests that the Court extend by three weeks RCN's time to answer or otherwise respond to the Complaint.

Date:  June 20, 2007                                                    Respectfully Submitted,


                                                                        _____/s/_____
                                                                        Daniel E. Farrington (#471403)
                                                                        The Farrington Law Firm, LLC
                                                                        4550 Montgomery Avenue
                                                                        Suite 775 North
                                                                        Bethesda, MD 20814
                                                                        (301) 951-1538 (Tel.)
                                                                        (301) 951-1544 (Fax)


CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2007, a true and correct copy of the foregoing Motion to Enlarge the Time to Respond to the Complaint and Proposed Order were served upon the following person by United States mail, postage prepaid:

   Maurice Ceasar (R09747-007)
   Canaan United States Penitentiary
   C2-Unit
   P.O. Box 300
   3057 Easton Turnkpike
   Waymart, PA 18472


                                                                        _____/s/_____
                                                                        Daniel E. Farrington

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MAURICE CEASAR**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-2140-RMC |
| ) | |
| **CBS HEADQUARTERS COMPANY**, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**[PROPOSED] ORDER**

Upon consideration of RCN Corporation's Motion to Enlarge the Time to Respond to the Complaint, it is on this _____ day of June, 2007, ORDERED that:

1. The Motion is GRANTED; and

2. RCN shall respond to the Complaint on or before July 11, 2007.

_____
United States District Judge