IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAURICE CEASAR**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-2140-RMC |
| ) | |
| **CBS HEADQUARTERS COMPANY**, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT RCN CORPORATION'S SECOND MOTION
### TO ENLARGE THE TIME TO RESPOND TO THE COMPLAINT

Comes now, Defendant RCN Corporation ("RCN"), by and through its undersigned counsel, and hereby moves to extend by three weeks the time for RCN to answer or otherwise respond to the Complaint in this action and in support thereof states the following:

1.    The Complaint in this case was served on May 31, 2007. Accordingly, RCN's response to the Complaint is currently due on June 20, 2007.[1]

2.    RCN retained the undersigned counsel just last week to represent the Company in this litigation.

3.    Due to the short amount of time the undersigned counsel has had to work on RCN's response to the Complaint and other professional demands, including but not limited to an appellate brief due to the Third Circuit Court of Appeals on June 25, 2007, and preparation for a trial scheduled next week, counsel requires additional time to

---

[1]    RCN does not waive its right to challenge the sufficiency of service of process in this action.

investigate Plaintiff's allegations and assist RCN in formulating its response to the Complaint.

4.   RCN's counsel was unable to confer with the *pro se* plaintiff in this action to seek his consent to the relief requested herein due to Plaintiff's incarceration.

WHEREFORE, RCN respectfully requests that the Court extend by three weeks RCN's time to answer or otherwise respond to the Complaint.

Date:  June 20, 2007                                         Respectfully Submitted,


                                                           /s/
                                                  Daniel E. Farrington (#471403)
                                                  The Farrington Law Firm, LLC
                                                  4550 Montgomery Avenue
                                                  Suite 775 North
                                                  Bethesda, MD 20814
                                                  (301) 951-1538 (Tel.)
                                                  (301) 951-1544 (Fax)


CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2007, a true and correct copy of the foregoing Motion to Enlarge the Time to Respond to the Complaint and Proposed Order were served upon the following person by United States mail, postage prepaid:

Maurice Ceasar (R09747-007)
Canaan United States Penitentiary
C2-Unit
P.O. Box 300
3057 Easton Turnkpike
Waymart, PA 18472


                                                           /s/
                                                  Daniel E. Farrington

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **MAURICE CEASAR**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-2140-RMC |
| | ) | |
| **CBS HEADQUARTERS COMPANY**, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### [PROPOSED] ORDER

Upon consideration of RCN Corporation's Motion to Enlarge the Time to Respond to the Complaint, it is on this _____ day of June, 2007, ORDERED that:

1. The Motion is GRANTED; and

2. RCN shall respond to the Complaint on or before July 11, 2007.

_____
United States District Judge