IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAURICE CEASAR,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**CBS HEADQUARTERS COMPANY,** et al.,<br><br>**Defendants.** | Case No. 1:06-CV-02140 (RMC) |

**MOTION AND STATEMENT OF POINTS AND AUTHORITIES OF DEFENDANTS
CBS AND ABC FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendants CBS Broadcasting Inc. ("CBS"), served improperly as CBS Headquarters Company, and American Broadcasting Companies, Inc. ("ABC"), served improperly as ABC Headquarters Company, move to extend the time in which they are required to answer, move or otherwise respond to the Complaint until July 12, 2007, and aver in support as follows:

1.   The complaint in this matter was delivered by mail to CBS on June 1, 2007. As a result, CBS's response would be due June 21, 2007, absent an extension of time.

2.   The complaint in this matter was delivered by mail to ABC on June 6, 2007. As a result, ABC's response would be due June 26, 2007, absent an extension of time.[1]

3.   Undersigned counsel was retained by CBS on June 20, 2007. Counsel has thus had virtually no time to investigate plaintiff *pro se*'s claims and prepare a proper response to the complaint.

---

[1] CBS and ABC do not waive their right to challenge the sufficiency of service of process in this action.

4. It appears that plaintiff *pro se* has filed several complaints in the District of Columbia Superior Court, *see Ceaser v. Washington Times Newspaper*, No. 2007 CA 002362; *Ceaser v. Associated Press, et al.*, No. 2007 CA 000171; *Ceaser v. NBC News Station, et al.*, No. 2006 CA 008052, which may be related to or potentially duplicate this case and which undersigned counsel has not had the opportunity to investigate.

5. Extending the time for both defendants' responses also would likely reduce the number of motions before the Court in this matter as undersigned counsel hopes that upon further investigation it will be possible to file a joint response on behalf of CBS and ABC. Extending the time to respond would thus promote the Court's efficiency.

6. In addition, the spouse of undersigned counsel is scheduled to deliver their baby in a medical procedure on June 25, 2007. An extension of time would be appreciated to prevent counsel from having to file a response to the complaint the following day for ABC.

7. Defendants CBS and ABC believe in good faith that the requested extension is reasonable and warranted under the circumstances and does not prejudice plaintiff *pro se*.

8. Undersigned counsel has not been able to confer with plaintiff *pro se* regarding this motion due to his incarceration and the short time that he has been retained in this case.

WHEREFORE, defendants CBS and ABC respectfully request that the Court enter an order extending their time to answer, move or otherwise respond to the Complaint until July 12, 2007.

Dated:   June 20, 2007

Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.


By: /s/ Nathan Siegel
     Nathan Siegel (D.C. Bar. No. 446253)
1050 Seventeenth Street, N.W.
Suite 800
Washington, D.C.  20036
(202) 508-1100

*Counsel for Defendants CBS Broadcasting Inc. and American Broadcasting Companies, Inc.*

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 20, 2007, I caused an electronic copy of the foregoing Motion and Statement of Points and Authorities of Defendants CBS and ABC for an Extension of Time to Respond to the Complaint to be served by the Court's Electronic Case Filing System upon all parties scheduled for electronic notice, and on plaintiff *pro se* by first-class mail, postage prepaid, at the following address:

> Maurice Ceasar (R09747-007)
> Canaan United States Penitentiary
> C2-Unit
> P.O. Box 300
> 3057 Easton Turnpike
> Waymart, PA 18472

> /s/ Nathan Siegel
> Nathan Siegel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAURICE CEASAR,**<br><br>　　　　　**Plaintiff,**<br><br>　　vs.<br><br>**CBS HEADQUARTERS COMPANY,**<br>　　et al.,<br><br>　　　　　**Defendants.** | Case No. 1:06-CV-02140 (RMC) |

### [PROPOSED] ORDER

Upon consideration of the motion of CBS Broadcasting Inc. ("CBS"), served improperly as CBS Headquarters Company, and American Broadcasting Companies, Inc. ("ABC"), served improperly as ABC Headquarters Company, to extend the time in which they are required to answer, move or otherwise respond to the Complaint, it is hereby ORDERED that

The Motion is GRANTED; it is hereby further ORDERED that

CBS and ABC shall respond to the Complaint on or before July 12, 2007.


Dated: June___, 2007　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Rosemary M. Collyer
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge