UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAURICE CEASAR ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:06-cv-02140-RMC |
| ) | |
| CBS HEADQUARTERS CO., ET AL. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANT "20TH CENTURY FOX HEADQUARTERS COMPANY'S" CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for "20th Century Fox Headquarters Company"[1], certify that to the best of my knowledge and belief, the following is the only parent company, subsidiary or affiliate of this Defendant which has any outstanding securities in the hands of the public:

News Corporation

These representations are made in order that judges of this court may determine the need for recusal.

---

[1] In his complaint, Plaintiff references local television stations, by channel, as the targets of this litigation. Complaint, p. 7, ¶ 1. However, he incorrectly named the Defendant in the complaint that owns and operates local Fox station WTTG as "20th Century Fox Headquarters Company," a non-existent entity.

DATE: June 25, 2007                          Respectfully submitted,

                                                     HOLLAND & KNIGHT LLP

                                                     /s/ Charles D. Tobin
                                                     Charles D. Tobin, Bar No. 455593
                                                     2099 Pennsylvania Ave., NW
                                                     Suite 100
                                                     Washington, DC 20006
                                                     202-955-3000 Phone
                                                     202-955-5564 Fax

                                                     *Counsel for Defendant "20[th] Century Fox Headquarters Company"*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served this 25th day of June, 2007 electronically on the following:

Nathan E. Siegel
Levine Sullivan Koch & Schulz
1050 17th Street, NW
Suite 800
Washington, DC 20036

*Counsel for ABC and CBS*

Daniel E. Farrington
The Farrington Law Firm LLC
4550 Montgomery Avenue
Suite 775 North
Bethesda, MD 20814

*Counsel for RCN Cable*

and by first-class mail, postage prepaid, on the following:

Maurice Ceasar
R09747-007
Canaan United States Penitentiary
C2 - Unit
P.O. Box 300
3057 Easton Turnpike
Waymart, PA 18472

*Pro Se Plaintiff*

          /s/ Charles D. Tobin
          Charles D. Tobin

# 4628346_v1