UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAURICE CEASAR | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No.: 1:06-cv-02140-RMC |
| CBS HEADQUARTERS CO., ET AL. | ) ) ) |
| Defendants. | ) ) |

**DEFENDANT "NBC HEADQUARTERS COMPANY'S"
CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for "NBC Headquarters Company"[1], certify that to the best of my knowledge and belief, the following are the only parent companies, subsidiaries or affiliates of this Defendant which have any outstanding securities in the hands of the public:

General Electric Company

Vivendi Universal, S.A.

These representations are made in order that judges of this court may determine the need for recusal.

---

[1] In his complaint, Plaintiff references local television stations, by channel, as the targets of this litigation. Complaint, p. 7, ¶ 1. However, he incorrectly named the Defendant in the complaint that owns and operates local NBC station WRC as "NBC Headquarters Company," a non-existent entity.

DATE: June 25, 2007                                    Respectfully submitted,

                                                                        HOLLAND & KNIGHT LLP

                                                                        /s/ Charles D. Tobin
                                                                       Charles D. Tobin, Bar No. 455593
                                                                       2099 Pennsylvania Ave., NW
                                                                       Suite 100
                                                                       Washington, DC 20006
                                                                       202-955-3000 Phone
                                                                       202-955-5564 Fax

                                                                       *Counsel for Defendant "NBC Headquarters Company"*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served this 25th day of June, 2007 electronically on the following:

Nathan E. Siegel
Levine Sullivan Koch & Schulz
1050 17th Street, NW
Suite 800
Washington, DC 20036

*Counsel for ABC and CBS*

Daniel E. Farrington
The Farrington Law Firm LLC
4550 Montgomery Avenue
Suite 775 North
Bethesda, MD 20814

*Counsel for RCN Cable*

and by first-class mail, postage prepaid, on the following:

Maurice Ceasar
R09747-007
Canaan United States Penitentiary
C2 - Unit
P.O. Box 300
3057 Easton Turnpike
Waymart, PA 18472

*Pro Se Plaintiff*

            /s/ Charles D. Tobin
            Charles D. Tobin

# 4628352_v1