UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAURICE CEASAR,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2140 (RMC) |
| ) | |
| **CBS HEADQUARTERS CO.,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Defendants Comcast Corporation, "20th Century Fox Headquarters Company," and "NBC Headquarters Company" move to dismiss the complaint. *See* Dkt. ## 19 & 23. Because a ruling on Defendants' motions potentially could dispose of this case, the Court hereby advises this *pro se* Plaintiff of his obligations under the Federal Rules of Civil Procedure and the rules of this Court. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988); *Neal v. Kelly*, 963 F.2d 453, 456 (D.C. Cir. 1992).

Plaintiff is advised that the Court will rule on Defendants' motions taking into consideration the facts proffered in the complaint, along with Plaintiff's response or opposition to Defendants' moitons. Plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

LCvR 7(b). In addition, Plaintiff's attention is directed to Rule 6(e) of the Federal Rules of Civil

Procedure which provides:

> Whenever a party must or may act within a prescribed period after service and the service is made [by mail], 3 days are added after the prescribed period would otherwise expire [under Rule 6(a)].

Fed. R. Civ. P. 6(e). The Court may treat as conceded any motion not opposed within the time limits outlined above. Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above. Thus, failure to respond to the Defendants' motions in this case carries with it the risk that the case will be dismissed.

Accordingly, it is hereby

ORDERED that, on or before **July 31, 2007**, Plaintiff shall file his opposition or response to Defendants' motions. If Plaintiff fails to respond timely, the Court may grant Defendants' motions as conceded, and summarily may dismiss the complaint as to these Defendants.

**SO ORDERED**.

/s/
ROSEMARY M. COLLYER
United States District Judge

Date: June 26, 2007