IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAURICE CEASAR

    Plaintiff

v.

CBS HEADQUARTERS COMPANY, *et al.*,

    Defendants

Case No. 06-2140 RMC

**DEFENDANT COMCAST CORPORATION'S LCVR 7.1 CERTIFICATE**

I, the undersigned, counsel of record for Comcast Corporation[1], certify that to the best of my knowledge and belief, the following are the only subsidiaries or affiliates of this Defendant which have any outstanding securities in the hands of the public:

    Comcast Holdings Corporation
    Comcast Cable Communications Holdings Inc.
    Comcast Cable Communications, LLC
    Comcast MO Group, Inc.
    Comcast MO of Delaware, LLC
    Comcast Cable Holdings, LLC

This Defendant does not have any parent company.

---

[1] By filing this Certificate, Comcast Corporation, which is the Comcast entity that Plaintiff named in his Complaint, does not admit that it is a proper defendant in this action, or that it was properly served with process.

These representations are made in order that the judges of this Court may determine the need for recusal.

                    Respectfully Submitted,

                    /s/ Adam S. Caldwell
                    Adam S. Caldwell (Bar No. 012619)
                    DAVIS WRIGHT TREMAINE LLP
                    1919 Pennsylvania Ave., N.W., Suite 200
                    Washington, D.C.  20006
                    Phone: (202) 973-4200
                    Facsimile: (202) 973-4499
                    Email: adamcaldwell@dwt.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Defendant Comcast Corporation's LCVR 7.1 Certificate was served, this 27th day of June, 2007 by first class mail, postage prepaid, on the following:

Maurice Ceasar
R09747-007
Canaan United States Penitentiary
C2-Unit
P.O. Box 300
3057 Easton Turnpike
Waymart, PA 18472

and through the Court's electronic system on the following:

Nathan E. Siegel
Levine Sullivan Koch & Schulz
1050 17th Street, NW
Suite 800
Washington, DC 20036
*Counsel for ABC & CBS*

Daniel E. Farrington
The Farrington Law Firm LLC
4550 Montgomery Avenue
Suite 775 North
Bethesda, MD 20814
*Counsel for RCN Cable*

/s/ Adam S. Caldwell
Adam S. Caldwell