IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAURICE CEASAR,**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**CBS HEADQUARTERS COMPANY,**<br> et al.,<br><br>    **Defendants.** | Case No. 1:06-CV-02140 (PLF) |

## NOTICE OF APPEARANCE OF COUNSEL

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for defendants American Broadcasting Companies, Inc. ("ABC"), named improperly as "ABC Headquarters Company," and CBS Broadcasting Inc. ("CBS"), named improperly as "CBS Headquarters Company."

Dated:   July 12, 2007       Respectfully submitted,


                 LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.


                 By: /s/ Adam J. Rappaport
                   Adam J. Rappaport (D.C. Bar. No. 479866)
                 1050 Seventeenth Street, N.W.
                 Suite 800
                 Washington, DC 20036
                 (202) 508-1100

                 *Counsel for Defendants American Broadcasting*
                 *Companies, Inc. and CBS Broadcasting Inc.*

## CERTIFICATE OF SERVICE

     I hereby certify that on July 12, 2007, I caused an electronic copy of the foregoing Notice of Appearance to be served by the Court's Electronic Case Filing System upon all parties scheduled for electronic notice, and on plaintiff *pro se* by first-class mail, postage prepaid, at the following address:

          Maurice Ceasar (R09747-007)
          Canaan United States Penitentiary
          C2-Unit
          P.O. Box 300
          3057 Easton Turnpike
          Waymart, PA 18472

          /s/ Adam J. Rappaport
          Adam J. Rappaport