IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAURICE CEASAR,**<br><br>         **Plaintiff,**<br><br>vs.<br><br>**CBS HEADQUARTERS COMPANY,**<br>     **et al.,**<br><br>         **Defendants.** | **Case No. 1:06-CV-02140 (PLF)** |

**CERTIFICATE OF DISCLOSURE PURSUANT TO RULE 7.1**

I, the undersigned, counsel of record for American Broadcasting Companies, Inc. ("ABC"), named improperly as "ABC Headquarters Company," certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of ABC which have any outstanding securities in the hands of the public:

The Walt Disney Company.

These representations are made pursuant to Local Civil Rule 7.1 in order that judges of this Court may determine the need for recusal.

Dated:  July 12, 2007                    Respectfully submitted,

                                        LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

                                        By: /s/ Nathan Siegel
                                            Nathan Siegel (D.C. Bar. No. 446253)
                                            Adam J. Rappaport (D.C. Bar No. 479866)
                                        1050 Seventeenth Street, N.W.
                                        Suite 800
                                        Washington, DC 20036
                                        (202) 508-1100

                                        *Counsel for Defendant American Broadcasting Companies, Inc.*

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 12, 2007, I caused an electronic copy of the foregoing Certificate of Disclosure to be served by the Court's Electronic Case Filing System upon all parties scheduled for electronic notice, and on plaintiff *pro se* by first-class mail, postage prepaid, at the following address:

          Maurice Ceasar (R09747-007)
          Canaan United States Penitentiary
          C2-Unit
          P.O. Box 300
          3057 Easton Turnpike
          Waymart, PA 18472

          /s/ Adam J. Rappaport
          Adam J. Rappaport