IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAURICE CEASAR,**<br><br>          **Plaintiff,**<br><br>vs.<br><br>**CBS HEADQUARTERS COMPANY,**<br>     **et al.,**<br><br>          **Defendants.** | **Case No. 1:06-CV-02140 (PLF)** |

## CERTIFICATE OF DISCLOSURE PURSUANT TO RULE 7.1

I, the undersigned, counsel of record for CBS Broadcasting Inc. ("CBS"), named improperly as "CBS Headquarters Company," certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of CBS which have any outstanding securities in the hands of the public:

CBS Corporation.

These representations are made pursuant to Local Civil Rule 7.1 in order that judges of this Court may determine the need for recusal.

Dated:  July 12, 2007                Respectfully submitted,

                                                    LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

                                                    By: /s/ Nathan Siegel
                                                         Nathan Siegel (D.C. Bar. No. 446253)
                                                         Adam J. Rappaport (D.C. Bar No. 479866)
                                                    1050 Seventeenth Street, N.W.
                                                    Suite 800
                                                    Washington, DC 20036
                                                    (202) 508-1100

                                                    *Counsel for Defendant CBS Broadcasting Inc.*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 12, 2007, I caused an electronic copy of the foregoing Certificate of Disclosure to be served by the Court's Electronic Case Filing System upon all parties scheduled for electronic notice, and on plaintiff *pro se* by first-class mail, postage prepaid, at the following address:

                Maurice Ceasar (R09747-007)
                Canaan United States Penitentiary
                C2-Unit
                P.O. Box 300
                3057 Easton Turnpike
                Waymart, PA 18472


                /s/ Adam J. Rappaport
                Adam J. Rappaport