IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAURICE CEASAR

    Plaintiff

v.

CBS HEADQUARTERS COMPANY, et al.,

    Defendants

Case No. 06-2140 ~~RMC~~ PLF

RECEIVED
JUL 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF'S MAURICE CEASAR, ANSWERS
MOTION TO CONTINUE ON WITH MY COMPLAINT

Plaintiff MAURICE CEASAR, by and through its undersigned Pro'Se issue pursuant to FED.R.CIV.P. Compalint hereby submits its Motion to move forward with early request for Rule 34-34(A) Federal Rules of Civil Procedures for the reasons set forth fully in the Memorandum of Laws in Support of MAURICE CEASAR'S Motion to not Dismiss being submitted simultaneously herewith, Defendants know I can prove the set of facts within the scope of allegations of the Comlaint that would entitle the Defendants show me relief against in this Complaint under 42 U.S.C. §1983 and apparent defamation claim. Plaintiff has obtain a relief under Section 1983 has not fail because Plaintiff does alleged that the news media has cause such violations to Broadcast without confirmation; individually the same news Clipping ot the Thefts and Linking to Churches affiliated by Paul Rosstead who appeared on the news Broadcast in April 24, 2006, and June 5, 2006. Plaintiff defamation claim only faces legal sufficiency. Defendants appear to allege inaccurate news reports regarding me was made on local broadcast television signals NBC, CBS, ABC and FOX and Chaneel 8 Comcast and RCN which is part of cable stations and a state local news stations.

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAURICE CEASAR

      Plaintiff

v.                                                                       Case No. 06-2140 RMC

CBS HEADQUARTES COMPANY, et al.,

      Defendants

MEMORANDUM IN SUPPORT OF PLAINTIFF
CIVIL COMPLAINT IN U.S. DISTRICT COURT

INCLUDED POINTS AND AUTHORITIES

Pursuant to FRCP 34-34(A) and <u>Haines v. Kerner</u>, 404 U.S. 519, 520, 92 S.Ct 594-301 Ed 2D (1972) Per Curiam-Pro'Se Litigant's are to be construed liberally and to less stringent standards than formal pleadings drafted by lawyers [n]ote: I, MAURICE CEASAR (Plaintiff) is not a lawyer and wishes to continue to express his com plaint and claim.

I. INTRODUCTION AND FACTUAL BACKGROUND

I Plaintiff Maurice Ceasar is an inmate in a correctional facility located in Way mart, Pennsylvania. His two page Pro'se Complaint is exceptionally accurate accor ding to details and grounds as a related law claim. I Plaintiff Maurice Ceasar Co mplaint and the form completed pursuant to the prison Litigation Reform Act ["PLRA"] of 1995 was the only form mayhave been available when I was arrested to file and to assert my claim under 42 U.S.C. §1983. A defamation of claim to seek relief pursuant to 42 U.S.C. §1983.

I can prove the facts of the news station broadcast along with witnesses of the broadcast especially on channel 8 cable Comcast and RCN on and around about April 24, 2006 and then by CBS channel 9 news on June 5, 2006; only if this Court can order

1

under Rule 34-34(A) FRCP and allow to hear Employers, Community Person's, Family Members who seen the televised News Clippings on all Channels potentially in this claim.

My legal theories are artfully composed, many aspects of my Complaint make it clear that his claims arise from news reports published on broadcast television Stations. The Defendants states in there Motion, Mr Ceasar as defendants the four major broadcast television station, CBS, ABC, NBC and FOX. (Complaint at p. 1.) In his Complaint, Mr. Ceasar claims that his "Constitutional Rights have been violated by unconfirmed reports by the news stations and newspaper columns named in this lawsuit", "news reporters on television reported a criminal broadcast that was not true about a string of felony charges that warranted me for arrest", and "there are many viewerr... who watcheed this news coverage that can be witnesses to how I was presented to the public".

(Id.). well, I do name the Defendants and state there actions on this simular cases in claim and that should only deal with this related Complaint as the same type of affialiation of the broadcast on television about what I was linked to which, was not true and any Court can see many Constitutional Violations in regards to this defamatory issue. And also, the others acts to deceive as a high profile case for my arrest on one charges not as linking to strings and strings of charges as reported by your Interview with Paul Rosstead who Discriminated and used your news stations for deception and by his report you did not confirm it. By which, you thought you had a top story. This was all miss Information that you will not accept that was wrong and admit to your part. It is clear I was incorrectly linked to an malicious media televised attack o Bogus...,

2

News Report; And my past criminal history was inaccurately reported. I can only give to this Court in detail of how you are related in what you Broadcast as being...(simular) related type grounds and statements as I make sound that these Defendants allowed or was unknown to what these local news stations televised. It's clear my claim is linked to false Information used by criminal history and criminal Thefts E-Mailed information sent to news Broadcast Stations misleading them as, I committed or Burglarized these Churches and other properties.

Even though I pled my Complaint with the particularity required for a defamation claim, I could state a defamation claim against Defendants as a matter of law as related Defendants of the broadcast video programming created or distribute to other local news stations and subscribers for cable stations named here in this Complaint.

ABC, CBS, NBC, FOX, HEADQUARTERS and COMCAST/RCN has liablity as a distributor of video/Audio programming as a newspaper delivery person has for the content of the newspaper company who he works for. In Washington D.C. Maryland and Virginia ares cable Signals from Comcast and RCN runs through these parts,/and Channel 8 is a signal Channel for these Cable Entities as said owners of the Cable Stations; as it is required to state a claim under section 1983. 42 U.S.C. §1983 as a matter of law.

## II. ARGUMENT

A. **Standards Applicable to Motion to Not Dismiss Under Fed.R.Civ.P.34-34(A)**

Under Rule 34-34(A) and the case of **Haines v. Kerner,** a motion is appropriate in these circumstances where relief could be granted under any facts that are consistent with the complaint. **Haines v. Kerner,** 404 U.S. 519, 520, 92 S.Ct 594-301 Ed 2D Per-Curiam-Pro-se litigants are to be construe liberally and less stringent standards than formal pleadings drafted by lawyers.

This must be favorable to the plaintiff and must be accepted as true, to all resonable references to the facts alleged. The motion must be decided on the facts alleged in the comlaint alone. Due to Simular reported televised allegations that I was linked to strings of Thefts-Burglaries and Robberies said by all Defendants. Under 34-34(A) Fed. R.Civil.Procedures these news clippings by Defendants can be ordered and brought in as evidence by Court Judge and the Bonified facts that I was wrongfully accused on these local news stations having more than a Dozen charges against me which was not true and can not be predicted.

B.  **Plaintiff's Allegations are sufficient to State a Claim against CBS, ABC, NBC, FOX, COMCAST and RCN for Violation of 42 U.S.C. § 1983-within Scope of Points and Authorities.**

In my Complaint, Plaintiff seeks damages under 42 U.S.C. § 1983 for financial and Punitive Damages/Others injuries that I claim to have suffered as a result of the alleged newsreports regarding me. Defendants can be liable to Mr. Ceasar's Complaint under the Civil Rights Statute.

In section 1983 provides cases that can support a simular liability:

**D.C.Mun.App. 1960.**

> Alleged statements by defendant that Plaintiff poisoned defendant's horse and that Plaintiff stole a lot of equipment from defendant, if proved as alleged, would constitute slander actionable per se and would justify general recovery by Plaintiff without necessity of pleading or proving special damages.
> Baldi v. Nimzak, 158 A.2d 915.

**D.C. 1972.**

> Words spoken of another must, in order to be actionable per se inpute to him the commission of some criminal offense for wich he might be indicted and punished, if the charge involves moral turpitude and is such as will injuriously affect social standing.
> Farnum v. Colbert, 293 A.2d 279.

**C.A.D.C. 1989.**

> False imputation of criminal conduct is inherently defamation under District of Columbia law.
> Fleming v. AT & T Information Services. Inc., 878 F.2d 1472, 279 U.S.App.D.C. 15

4

**App.D.C. 1984.**

>The Publication of misrepresentations, knows to be false, which subject a person to public shame and ridicule and cause him damages is "libel".
>Hearst Radio v. F.C.C., 167 F.2d 255, 83 U.S.App.D.C. 63.

**App.D.C. 1898.**

>To falsely charge a person in writing with having unlawfully interfered with mail matter intended for another is libelous per se, as imputing the commission of a criminal offense.
>Wills v. Jones 13 App.D.C. 482.

**D.D.C. 1995**

>To prevail in defamation suit under District of Columbia law, plaintiff must prove that statements complained of are defamatory, capable of being proven true or false, "of and concerning" Plaintiff, false, and made with requisite degree of intent or fault.
>Coles v. Washington Free Weekly, Inc., 881 F.Supp.26, affirmed 88 F.3d 1278, 319 U.S.App.D.C. 215.

These cases are cited under "Libel & Slander as well Defamatory issue.

Also, cases as to **U.S. Media v. Wen Ho Lee,** that Washington post article published around **June 3, 2006,** shows a numerous constitution violations against news media and mistakes news broadcast had made which U.S.District Court and Judge had put there feet down to prevent under (sanctions that would've been forced) under anonymous officials and reporters who refused to give the names of sources, and who is responsable for those publications. And also, as the Steven J. Hatfill case of Anthrax 2001 involvelment. These are Privacy Act Lawsuit, that signifies constitutional violation of Civil Right as well. Just as my Civil Rights Constitutional was violated by news media. I do have a past criminal history which should not be Scoff in this matter of lawsuit today.

Under Civil Rights Action 42 U.S.C. § 1983, I the Plaintiff has proved and pleaded and acting under the color of State Law and D.C. Law, Defendants has deprived me of right secured by the Constitution Laws of the United States; because of televised untrue news reports on **April 24, 2006,** and afterwards on **June 4, 5, 2006,** show evidence that the Defendants was acting under the color of law when they aired newsport broadcast with Interview of Comlainant Paul Rosstead of (A) Church Thefts and who Invented the story of me having committed strings and strings of linked

5

Thefts Burglaries, and Robberies of these places, which was not confirmed by local news stations and caused the public to panic by that deception.

As a Pro-se Complaint, I realize that these attornies will be as vicious to bring about "Blowned out of Porportion" precedents to this Court as I read, just for the money. My criminal matter and other counts only surrounds (two charges) as I mentioned not a string of cases and charges that was reported by news media. It is appalling that, to represent there clients here as Defendants that they would call my Complaint Rambling, confused; However, they can not state that its untrue. I do state my relief of claims and facts. Maybe not in the way they perceives it. However, anyone else who reads it can see obviously what is going on in my claims.

C.  <u>Plaintiff's Defamation Claim Against Comcast, RCN, CBS, ABC, NBC, FOX, HEAD-QUARTERS and Companies Is Legally Sufficient, and have Obligations under Federal Law.</u>

As noted above, Mr. Ceasar's defamation claim does arise from alleged broadcast television news reports about me. And all should be included, such as Defendants ABC, CBS, NBC, and FOX; and the Entity of those news companies and cable stations that are named. Beside the attornies agreements to protect it clients, it is obvious that they will use there expertise against a Pro-se Prisoner to cut him/or her down with there law experience. However, the Courts should understand and relate to a Pro-se's plead to prove based upon his complaint and the violations of alleged Complaint on the Defendants so be proved without case being Dismissed. **Haines v. Kerner, 404 U.S. 519, 520, 92 S.Ct 594-30 L Ed.2d (1992) Per Curiam Pro'se Litigants pleadings are to be construed liberally and held** to less stringent standards than formal pleadings drafted by lawyers. [n]ote as again, I, Maurice Ceasar Plaintiff is not a lawyer; and wishes to continue to express his Complaint and Claims.

I, can truly state that the Defendants has been served respectfully by me and this Court and have most recently responded to my Complaint respectively through there motions against my Complaint.

6

### III. CONCLUSION

**WHEREFORE,** for all the foregoing reasons, I, Maurice Ceasar respectfully requests that this Court will move forward with Plaintiff's Complaint in its entirety to have ordered apart of Evidence of Audio Televised News Broadcast the Defendants allowed to show without cofirmation but believed this was a high Profile Top Story which only was governed by Misleading Data passed on through out the local news and cable news media stations, who also allowed Discrimination to occurr by interview of Paul Rosstead statements against me the "Plaintiff", which under FRCP Rule 34-34(A) ordering of those Audios, and writings, photograghs can show direct Proof... Along with public witnesses, who can orally come to testify including Correctional Officers, Criminal Attornies and Church Members.

Respectfully Submitted,

_____
Maurice Ceasar
Reg.No. 09747-007

Date: July 10, 2007

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and corect copy of the foregoing Memorandum of Law in Support of Maurice Ceasar's Motion to continue his plead and not Dismiss Civil Complaint was served by first class mail, postage prepaid, on July 18, 2007, to the address:

Adams S. Caldwell (Bar No. 012619)
Davis Wright Tremaine LLP
1919 Pennsylvania Ave., N.W., Suite 200
Washington, D.C. 20006

Respectfully Submitted,

*Maurice Ceasar*
Maurice Ceasar
Reg.No. 09747-007

8

**Motion by Plaintiff Maurice Ceasar,
Requesting Documents via: Federal Rules of Civil Procedure
Rule 34 & 34(a)**

Documents: The term "document" as used in FRCP 34(a), is extremely broad & includes writings, drawings, graphs, charts, photographs, phonorecords, and any other data compilations from which information can be obtained.
The information must be translated, if necessary, into reasonable usuable form. FRCP Rule 34(a)(1); See

<u>Wilson v. City of Zanesville</u>, 954 F.2d 349, at 352-53 (6th Cir.1992); (Includes Tape Recordings); <u>See</u> <u>Crown Life Ins. Co. v. Craig</u>, 995 F.2d 1376, 1383 (7th Cir.1993); (Includes Electronic Data); <u>Also</u> <u>See</u> <u>Japan Halon Co. v. Great Lakes Chem. Corp.</u>, 155 F.R.D. 626, n.1 (N.D.Ind.1993)' Held: any party (Includes Plaintiff), may serve on another party (Defendants), a request to produce any designated documents for inspection & copying or to produce any discoverable tangible things in the responding party's possession, custody, or control, for inspection, copying, testing, or sampling. FRCP Rule 34(a).

9

IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

Maurice Ceasar
      Plaintiff,

v.                                                              Case No. 01:06-CV-02140(RMC)

CBS HEADQUARTERS COMPANY et al.,
      Defendants

### PRAECIPE FOR PROPOSE ORDER

    Upon your consideration of this Motion for Rule 34-34(A) to be respectively ordered from the CBS HEADQUARTERS COMPANY, ABC America Broadcasting Company Inc, NBC Universal Company Inc, 20th Century Fox HEADQUARTERS Co. Comcast Corporation, and RCN CABLE STATION Corp; to present this, honorable Court with copies of any **News Audio, Writings,'Photographs**(that was televised) data Cumpilatios,'Anonymous Sources,' Anonymous Reporters,'or Journalist, who Broadcast this on there News Station Programs.

    May this Honorable so Requests for these Properties for Discovery Process which would help my pleading of this Civil Complaint so, it is hereby ordered that the Motion is **GRANTED**; It is hereby further ORDERED that these Defendants name in this Joint Civil Complaint hand over to the Courts the **Request News Televised Reports on my name; and by the Appearance of Paul Rosstead** who caused this **Misled Delimma** with Recklessness using the News Media wrongfully to have me arrested for one charge; and not strings of Felonies as it was Broadcast by News Stations. May this be **ORDERED** that the News HEADQUARTER COMPANIES in this claim respond to the Complaint appropiately as order on or before **June 31, 2007.**

Date: July_____, 2007.

                                              Honorable-Rose Mary M. Collyer. Case Reassigned to United States District Judge Paul L. Friedman.

10

Copies to:

Charles D. Tobin, Bar No.
Holland & Knight LLP
2099 Pennsylvania Ave., NW
Suite 100
Washington, DC 20006

Nathan E. Siegel
Levine Sullivan Koch & Schulz
1050 17th Street, NW
Suite 800
Washington, DC 20036

Daniel E. Farrington
The Farrington Law Firm LLC
4550 Montgomery Avenue
Suite 775 North
Bethesda, MD 20814

Maurice Ceasar
R09747-007
Canaan United States Penitentiary
C2 - Unit
P.O. Box 300
3057 Easton Turnpike
Waymart, PA 18472