IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAURICE CEASAR**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 06-2140-PLF |
| **CBS HEADQUARTERS COMPANY**, *et al.*, | ) |
| Defendants. | ) |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned counsel of record for RCN Corporation[1], certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of RCN Corporation which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this Court may determine the need for recusal.

Date:  July 18, 2007                    Respectfully Submitted,

                                        _____/s/_____
                                        Daniel E. Farrington (#471403)
                                        The Farrington Law Firm, LLC
                                        4550 Montgomery Avenue
                                        Suite 775 North
                                        Bethesda, MD 20814
                                        (301) 951-1538 (Tel.)
                                        (301) 951-1544 (Fax)

---

[1]   RCN trades on the Nasdaq under the ticker symbol "RCNI."

2

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July, 2007, a true and correct copy of the foregoing Certificate of Corporate Disclosure was served upon the following person by United States mail, postage prepaid:

>Maurice Ceasar (R09747-007)
>Canaan United States Penitentiary
>C2-Unit
>P.O. Box 300
>3057 Easton Turnkpike
>Waymart, PA 18472

>_____/s/_____
>Daniel E. Farrington