UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAURICE CEASAR            )
                          )
        Plaintiff,        )
                          )
v.                        )        Civil Action No.: 1:06-cv-02140-PLF
                          )
CBS HEADQUARTERS CO., ET AL. )
                          )
        Defendants.       )
_____)

### DEFENDANTS "20TH CENTURY FOX HEADQUARTERS COMPANY" AND "NBC HEADQUARTERS COMPANY'S" OPPOSITION TO PLAINTIFF'S "MOTION REQUESTING DOCUMENTS"[1]

Defendants "20th Century Fox Headquarters Company" ("WTTG") and "NBC Headquarters Company" ("WRC")[2] hereby oppose the *pro se* Plaintiff's motion seeking an order from the Court requiring the Defendants in this action to produce documents "or any tangible things" relating to alleged defamatory broadcasts upon which he bases his claims.

### Argument

**I.   Stay Of Discovery Is Appropriate Pending Determination Of Defendants' Dispositive Motions.**

Not only has Plaintiff failed to serve a proper discovery request pursuant to the Federal Rules of Civil Procedure, see Fed. R. Civ. P. 26-34, but his request is also premature. There are currently four separate motions to dismiss pending before the Court, each of which may dispose of the entire action. See Docket Numbers 19, 23, 26, and 28. "It is well settled that discovery is generally considered inappropriate while a motion that would be thoroughly dispositive of the

---

[1] Defendants herein address Plaintiff's "Motion by Plaintiff Maurice Ceasar Requesting Documents via: Federal Rules of Civil Procedure Rule 34 and 34(a)" and "Praecipe for Propose Order" filed with his "Motion to Continue On With My Complaint" (*i.e.*, Opposition to Defendants' Motion to Dismiss) (Docket Number 33).
[2] Plaintiff incorrectly named the Defendants that own and operate local Fox station WTTG and local NBC station WRC. For ease of the Court's reference, the Defendants are referred to as WTTG and WRC.

claims in the Complaint is pending." Chavous v. District of Columbia Financial Responsibility and Management Authority, 201 F.R.D. 1, 2 (D.D.C. 2001) (quoting Anderson v. U.S. Attorneys Office, No. Civ.A. 91-2262, 1992 WL 159186, at *1 (D.D.C. June 19, 1992)).

Stay of discovery pending determination of the Defendants' dispositive motions "is an eminently logical means to prevent wasting the time and effort of all concerned, and to make the most efficient use of judicial resources." Id. (quoting Coastal States Gas Corp. v. Dept. of Energy, 84 F.R.D. 278, 282 (D. Del. 1979)).  Such wasteful and inefficient discovery should be especially avoided where, as here, the Defendants' dispositive motions have raised defenses that would entitle them to dismissal regardless of any evidence that a Plaintiff may discover. See id. at 2-3.

Moreover, Plaintiff's current incarceration in a correctional facility also cautions against engaging in discovery at this early stage.  His situation is sure to make discovery by all parties all the more burdensome and inefficient.  Finally, Plaintiff will not be prejudiced by the denial of his request for an order seeking discovery at this time, pending decision of this Court as to whether, as WTTG and WRC assert, he has failed to state a claim.

**Conclusion**

For the foregoing reasons, this Court should deny Plaintiff's motion requesting an order requiring the Defendants to produce documents and other tangible things.

DATE: July 25, 2007

Respectfully submitted,

HOLLAND & KNIGHT LLP

/s/ Charles D. Tobin
Charles D. Tobin, Bar No. 455593
2099 Pennsylvania Ave., NW
Suite 100
Washington, DC 20006
202-955-3000 Phone
202-955-5564 Fax

*Counsel for Defendants WTTG and WRC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Defendants "Fox Headquarters Company" and "NBC Headquarters Company's" Opposition to Plaintiff's "Motion Requesting Documents" was served this 25th day of July, 2007 electronically by the Court's Electronic Case Filing System upon all parties scheduled for electronic notice and by first-class mail, postage prepaid, on the following:

Maurice Ceasar
R09747-007
Canaan United States Penitentiary
C2 - Unit
P.O. Box 300
3057 Easton Turnpike
Waymart, PA 18472

*Pro Se Plaintiff*

                                          /s/ Charles D. Tobin
                                          Charles D. Tobin