IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Maurice Ceasar,

    Plaintiff,

v.

CBS HEADQUARTERS COMPANY,
et al.,

    Defendants.

Case No. 06-2140-PLF

RECEIVED
JUL 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFFS MAURICE CEASAR'S
## MOTION TO CONTINUE PLAINTIFF'S COMPLAINT

COMES NOW, Plaintiff by and through its undersigned Pro'se, and moves forward with Plaintiff's Complaint for the reasons stated in the accompanying Memorandum of Points and Authorities.

Date: July 24, 2007

Respectfully Submitted,

/s/ Maurice Ceasar

Maurice Ceasar, Reg, No. [09747-007]
P.O. Box 300
Waymart, PA 18472

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAURICE CEASAR,

    Plaintiff,

VS.

                            Case No. 06-2140 (PLF)

CBS HEADQUATERS, et al.,

    Defendants.

RESPONSE TO RCN CORPORATION AND ALL OTHER DEFENDANTS
TO MOVE AND HAVE THIS CASE DISMISS; AND MY
POINTS AND AUTHORITIES TO CONTINUE WITH THIS COMPLAINT.

    Plaintiff, NOW COMES to have this Complaint to move forward, because it will be only Fair to not to disregard the Facts in Complaint that these Defendants does know and have alliances with local News Station in Washington D.C. as well as other parts of the United States; to **Liason with Media Reports and Establishments to what is a public Interest.**

    As to RCN Corporation who does acknowledges. There capabilities to have alliances with Cable Sources of Channel 8 News which Broadcasted the Televise Report with Interview of Paul Rostead detailing the Thefts of Churches event that was not true or was I ever arrested for a String of Charges of what he reported on Cable News Station Channel 8.

    Also, for the record, I was never brought to Court on the charges reported about Strings of Theft, Burglaries and others. It was that I was only arrested for Paul Rosstead Church property which it was that they indicted me with other counts for

2

that property Theft. This doesn't answer for any other Theft that was Broadcast on local news. By your deception to show this Honorable Judge a Criminal Waiver of my plea to instant offenses are only counts that were Dismissed under **CF3-9217-06/CF3-9216.** However, never was the (cases) that your local News Stations and RCN Corporation Channel & Station Televised was entered as charges in the Court or was I ever arrested for those Theft or Burglaries to stand trial for or to plea too. Therefore, it is no use of you gravitating my criminal case data to deceive this Court on **False Accusations and Charges that were only Broadcast and Reported.**

I most recently sent in Plaintiff's MAURICE CEASAR answers Motion to Continue on with my Complaint that speaks of me replying back to the Motions of all Defendants jointly in this Related Claims with Points Authorities. In which was mailed to Honorable Judge Paul L. Friedman Certified Mail on July 12th and Received Retuned Receipt Post mark on July 17, 2007, which was received by U.S. District Court Clerks Office.

I have attached another copy of that with this Motion in response to **RCN Corporation Requests for Response for there Motion Filed to Dismiss my Complaint.**

May this Court understand that I addressed the Defendants In these Motions sent as Related and Jointly Televising Simular Reports, so there for may it be Read to Address (Them all) the Defendants in this manor.

Pursuant to **FRCP 34-34(A)** and <u>Haines v. Kerner</u>, 404 U.S. 519, 520, 92 S.Ct 594 301 Ed 2d (1972) **Per Curiam.** also, I MAURICE CEASAR is not a lawyer or do not owns a Law Firm-and wishes to continue to express his Complaint in this Court.

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAURICE CEASAR, :
:
    plaintiff, :
:
VS. : Case No. 06-2140-PLF
:
CBS HEADQUATERS COMPANY, :
et al., :
:
    Defendants. :
                       :

MEMORANDUM OF POINTS
AND AUTHORITIES IN SUPPORT OF PLAINTIFF
MOTION TO CONTINUE PLAINTIFF'S COMPLAINT

COMES NOW, Plaintiff by and through its undersigned Pro'se, and hereby submits this Memorandum of Points and Authorities in Support of its Motion to Move Forward with Plaintiffs Complaint.

I.    INTRODUCTION AND BACKGROUND

I, Plaintiff Maurice Ceasar, a Pro'se Prisoner, has filed a non-covoluted Complaint against a number of media and cable defendants, including RCN. While my Complaint is justifiable that RCN, allegally are connected with Cable and Local Station some cause of action is alleged. Its also can be challenge due to April 24, 2006, and June 5, 2006, that it contains false information about my criminal Involvements and some ongoing criminal activity. For the reasons described below, the Complaint states claim upon which relief can be granted and should not be dismissed.

Mr. Ceasar Plaintiff assert that RCN is a Corporation who has a definitive connection with Cable Television Station in Washington D.C. Called Channel 8 News the allegation for this Cable Station is that RCN Corporation allowed Channel 8 News Station Broadcast a report to the public about (I) Plaintiff having Involvement with numerous of Burglaries/Theft in the Metropolitan Area which was not the truth.

This has caused the public to panic and (I) to be mislead as well as other Law Enforcements to think I was one who was committing those offenses, for this matter I was Defame, Deprived a clear sense of what Includes that there was "Defamation" and that he was "Slandered" (Complaint, p.8, and p.9,). They the Defendants stated this, that I criminally done and caused to happened in which Channel 8 Cable News Station Reported.

The Complaint must be continued for several reasons. First, the Complaint does has the right to be proven by its allegations and its related contents by which the Defendants allowing its local connection to local News Stations that are Liasons to its Network to Broadcast such Report.

2). Plaintiff can maintain an action under 42 U.S.C. § 1983 if they are liable of there part in this claim concerning against RCN; Even by reading this Complaint in the light most favorable to Plaintiff, the Complaint does set forth allegations that meet the basic elements of a claim for defamation; and (3) This Complaint do state a claim for defamation, and RCN's role in publishing the information was not privileged if there allegations they reported was not accurrated, However, was convoluted because the company was not required by law to transmit the false alleged defamatory statements.

II.   ARGUMENT

**Plaintiff's Complaint to state a Claim of Relief upon which can be Granted.**

This affidavit for relief states a specific amount in damages that is owed by the defendants for both causing a wronfull invasion of information and causing the descrimination and defamation of character in a reckless manner. This also mentions

the theft and deprivation of my W-2 forms and cell phone that one defendant took without my permission in order to use my name, social security number and birth date. He used this data to go online and e-mail information about me, which was used to caused a panic to the public. This panic was wrongfully established because the information used was not factual and was the cause of presenting a deception to the public by the news media resulting in a single arrest.

I am filing this motion/affidavit at this time to have each defandant jointly pay the amount of $4,000,000.00 (Four Millions Dollars) plus any other cost for damages that can be awarded by this Judge/Court. The damages include identifying me as one of public interest, causing me to lose my home place, employment, a music contract and other future properties. My loss includes the loss of my 2005 W-2 income tax filing forms and my cell phone.

I am requesting that each defendant be ordered to pay for damages and injuries named as follows:

1) **Moratory Default Damages---Due to the News Local Media and Broadcast Network, Corporation and Companies-Public alleged what the Administrator Paul Rosstead stated that I was under warrants for String of Burglaries, Theft, and Robberies while out in society.** These allegations was not true; and was not confirmed by those News Station that put him on the air to televise this report.
Also, the News Media sources and reporters took this false information and sent it to other News Agencies, News reporters and Publishers. This has created me to be of public interest and has slandered my reputation as a citizen and musician. For which these damages can be recovered for defendants defective performance.

   **These Claims of Relief to be Granted by Court/Judge are in the Light of all Defendants including RCN Corporation, Comcast Corporation.**

2) Pecuniary and Non Pecuniary Damages---The public misled in thinking that I was guilty of committing a series of offenses, which was not true. My photo identified me as one who was responsible for that series of thefts. I was identified as a thief causing people to stare at me and caused concerns that forced me to be on the run for those mistaken charges. This false information was given by one source and was reported by the media without investigation. This involves monetary damages.

3) Economical Damages---Due to the false information published by the media and my eventual incarceration, I lost my two jobs, one at Aramark and the other at EPSI Metro for one half of the 2006 year and for the future damages caused by their termination of my employment.

4) Punitive Damages---These damages occurred when the defendants acted with hate, haste, recklessness, malice or deceit. Specially, these damages are assessed to penalized the wrongdoers who an example of me which caused the public to panic in response to a false accusation. No one ever came forward to warrant me for the strings of charges that I did not do nor was I charged with doing. These damages should be recoverable. One defendant used my W-2 tax forms without my permission to cause harm with the information he gathered along with a U.S. Attorney, Metro Police Department Officers and detective from the data in a government web site.

6

They used the data incorrectly to cause defamation and descrimination by the media to get me arrested for one charge out of the strings and links that were not in my arrest charges.

5) Discretionary and Emotional Damages---The defendants from the media displaced my life and mentally caused me untold suffering, despression and stress and have forced me to attend Psycho Therapy classes and seeing a doctor to vent my emotions.
This has caused mental confusion, pain and suffering that are not precisely measurable.

6) Compensatory Damages---These are due to the damages and injuries I suffered thinking that I was wronged and due to my past criminal history which I contend were wrongfully used as if I were wanted or linked to numerous burglaries in churches and other buildings which was not true. Also for the news media and those who reported it in the news papers around the Metropolitan Area and who passed the misinformation down to others, that did not confirm the misinformation. I lost my banking account and my checking account.

7) Living Damages---This due to the type of housing I had. I first lived with a sister, paying rent and then paid rent to my cousin and then a room mate to whom I paid rent in an apartment before I was put out due to the news report and the panic it caused to people I knew in the Washington DC area. This damage displaced me to go to a shelter and then I was later arrested and incarcerated in the Washington DC city jail. The percentage of lost finances due to lost clothing and personal properties is not easily measurable.
I wish to have the opposing parties to agree to the relief that I am requesting in this motion.

<u>CERTIFICATE OF SERVICE</u>

Wherefore, for these matters of Relief and Claim against those defendants named in this Claim as may appear to the Court, Plaintiff respectfully asks that this motion for the amounts which can be owed and Granted to me.

**Respectfully Submitted,**

/s/ Maurice Ceasar
Maurice Ceasar, Reg.No. [09747-007]
P.O. Box 300
Waymart, PA 18472

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Maurice Ceasar,

       Plaintiff,

v.

CBS HEADQUARTERS COMPANY et at.,

       Defendants.

Case: 1:06-CV-02140-PLF
Assigned Date: 5/15/2007

### Motion for (Relief Action) by the Court and Order To Rule 34 and 34(A) Federal Rules of Civil Procedure

Now Comes the Plaintiff, Maurice Ceasar, in respectively ask this Honorable Court may it proceed to have **(Relief Action Request)** in these matters to show proof of the **Actual News Clippings Broadcasts by CBS, NBC, ABC, FOXS New Station Channels and Channel & Cable RCN/Com Cast Corporations.** In this Request I would like for the Televised News Clipping (after) **April 17, 2006, thru June 5, 2006 of the Theft of Properties** that Mr. Paul Rosstead appeared on National Televesion to Broadcast Deceptional/Information about me having to be **Warranted for Strings of Thefts and Burglaries in the Washington D.C./Metropolitan Area.** In which I was only arrested for one charge not a String of Felonies.

    I, the Plaintiff-Pro'se, also understand that in order to go further with this matter that the **News Audio Clippings Evidence** that I need, would only show the public and this Court that I was **Defame and was used to Mislead the Public** by the alleged Comments of Felonies Retaliation **and Deprivation** to panic people and to have me arrested for one

charge. Due to these circumstances - I have in my (Complaint) ask this Honorable Court order in Relief/Notarized Action to bring:

2) Those who reported the mis Information

3) To have a trial by Jury set.

4) Financial Relief of $4,000,000.00 in Damages/Injuries

5) For the defendants and officials give names of anonymous defendants who reported this untrue information without confirming if its true or false.

6) The Suplemental Request for Rule 34-34(A) Audio/News Clippings Enclosed is a copy of that Notarized Relief Action Request; and along with this Request for Release by order of this Court the News Broadcast Clippings Audio that was televised on or after **April 2006/ May 2006/ and June 2006.**

Your Honor, I also added the Rule 34 and 34(A) Federal Rule of Civil Procedure. May you Honor My Pro-se Request in Lieu of this (matter) at least having the opportunity to be presented to this Court.

I, am asking may this Honorable Judge Rose Mary M. Collyer **GRANT THE OREDER OF THE REQUEST** which may be a part of the Discovery Process which will be convincing and show merits of this Civil Complaint. Also these Attornies for the defendants will use there legal experience over my Pro-se experience to deny this issue at hand. And come to Dismissed the Civil Complaint. However, I will ask that this respectful Court that I would wish to appear orally if they have no understanding of this Civil Complaint I filed and I wish to respectfully ask your Honor for this order and may I'm Pro-se that this Court wont scoff a t me under these conditions.

## CERTIFICATE OF SERVICE

I, Plaintiff/Claimant/Affiant: Maurice Ceasar, Proper In Propria persona proceeding sui Juris, hereby certify that the foregoing Motion/Claim/Affidavit, was sent via United States Mail/Postage prepaid on this __24TH__ day of __July__ 2007, to the following.

CBS HEADQUARTE COMPANY
51 West 52nd Street
New York, NY 10009

_Maurice Ceasar_

| | | |
|---|---|---|
| Pro Per In<br>Propria Persona<br>Proceeding Sui<br>Juris | Maurice Ceasar<br>09747-007<br>USP Canaan<br>P.O. Box 300<br>Waymart, PA<br>18472 | Signed under<br>18 USC § 1623<br>& 28 U.S.C.<br>§ 1746. |

IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

Maurice Ceasar
      Plaintiff,

v.                                                                          Case No. 01:06-CV-02140(███)PLF

CBS HEADQUARTERS COMPANY et al.,
      Defendants

### PRAECIPE FOR PROPOSE ORDER

    Upon your consideration of this Motion for Rule 34-34(A) to be respectively ordered from the **CBS HEADQUARTERS COMPANY, ABC America Broadcasting Company Inc, NBC Universal Company Inc, 20th Century Fox HEADQUARTERS Co. Comcast Corporation, and RCN CABLE STATION Corp**; to present this, honorable Court with copies of any **News Audio, Writings,'Photographs**(that was televised) data **Compilatios,'Anonymous Sources,' Anonymous Reporters,'or Journalist**, who Broadcast this on there News Station Programs.

    May this Honorable so Requests for these Properties for Discovery Process which would help my pleading of this Civil Complaint so, it is hereby ordered that the Motion is <u>GRANTED</u>; It is hereby further ORDERED that these Defendants name in this Joint Civil Complaint hand over to the Courts the **Request News Televised Reports on my name; and by the Appearance of Paul Rosstead** who caused this **Misled Delimma** with Recklessness using the News Media wrongfully to have me arrested for one charge; and not strings of Felonies as it was Broadcast by News Stations. May this be <u>ORDERED</u> that the News HEADQUARTER COMPANIES in this claim respond to the Complaint appropriately as order on or before **June 31, 2007.**

Date: July 24 , 2007.

                                          Honorable-███████████ Paul L. FRIEDMAN
                                          United States District Judge

Motion by Plaintiff  Maurice Ceasar,
Requesting Documents via: Federal Rules of Civil Procedure
Rule 34 & 34(a)

Documents: The term "document" as used in FRCP 34(a), is extremely broad & includes writings, drawings, graphs, charts, photographs, phonorecords, and any other data compilations from which information can be obtained.
The information must be translated, if necessary, into reasonable usable form. FRCP Rule 34(a)(1); See

Wilson v. City of Zanesville, 954 F.2d 349, at 352-53 (6th Cir.1992); (Includes Tape Recordings); See Crown Life Ins. Co. v. Craig, 995 F.2d 1376, 1383 (7th Cir.1993); (Includes Electronic Data); Also See Japan Halon Co. v. Great Lakes Chem. Corp., 155 F.R.D. 626, n.1 (N.D.Ind.1993)' Held: any party (Includes Plaintiff), may serve on another party (Defendants), a request to produce any designated documents for inspection & copying or to produce any discoverable tangible things in the responding party's possession, custody, or control, for inspection, copying, testing, or sampling. FRCP Rule 34(a).

U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Maurice Ceasar                                    November, 2006
1901 E Street S.E.
Washington, DC 20003                              Case No.: 1:06-CV-02140-RMC
                                                  Assigned Date: 5/15/2007

(VS)

| | | |
|---|---|---|
| (1) | CBS Headquarters Company<br>51 West 52nd Street<br>New York, NY 10009 | (President, Executives, Producers, Reporters and Sources) |
| (2) | ABC Headquarters Company<br>500 South Buena Vista Street<br>Burbank, CA 91521-4551 | (President, Executives, Producers, Reporters and Sources) |
| (3) | NBC Headquarters Company Inc.<br>100 Universal Plaza<br>Universal City, CA 91608 | (President, Executives, Producers, Reporters and Sources) |
| (4) | 20th Century Fox Headquarters Co.<br>P.O. Box 900<br>Beverly Hills, CA 90213 | (President, Executives, Producers, Reporters and Sources) |
| (5) | RCN Cable Station Corp.<br>196 Van Buren<br>Herndon, VA 20170 | (President, Executives, Producers, Reporters and Sources) |
| (6) | Comcast Corporation<br>1500 Market Street<br>Philadelphia, PA 19102 | (President, Executives, Producers, Reporters and Sources) |

(Relief Action)

REQUEST

I, Maurice Ceasar, (Plaintiff), due to the actions of the news associations (NBC, CBS, ABC, FOX, RCN Cable and Comcast):

(1) Seek from this Honorable Court relief to have a court appointed attorney Pro Bono to represent me.
(2) May this Honorable Court bring charges against those who reported the misinformation or the newspaper publishers and executive's sources who printed these allegations of deception and deprivation falsely stating a string of charges and felonies to cause panic to the public.
(3) I wish to set a trial by jury and ask this Honorable Court to have each newspaper media organization that is responsible to reveal the names of each source and reporter so they can stand trial for this type of non-confirmed issue, slander and discrimination as well as degrading me to the public resulting in my incarceration.
(4) May this Honorable Court know that I am asking financial relief in damages and injuries in which I, Maurice Ceasar, whose whole life was dishonored and displaced punitively, monetarily, economically, emotionally and equitably. I am asking in finding by this court an amount of $4,000,000.00 (Four million Dollars) from each of these multi defendants named in this claim (under Civil Rights Act 42 U.S.C. of 1983).
(5) This suit is also seeking the names of the anonymous defendants or officials who reported this untrue information about me to reporters in violation of my rights being violated for false and dangerous information that could have law enforcement officials act with malicious actions against me.

| 11/20/06 | _Maurice Ceasar_ |
| --- | --- |
| Date | Signed |
| 11/27/06 | _Trinita J. Davis_ |
| Date | Notary |
| | TRINITA J. DAVIS |
| | NOTARY PUBLIC DISTRICT OF COLUMBIA |
| | My Commission Expires June 30, 2011 |

Signed