UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Maurice Ceasar

VS

**RECEIVED**

SEP 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

August 28, 2007

Case No. 1:06-CV-2140 (PLF)

CBS Headquarters Company

<u>Response in support of Plaintiff's motion to go to trial and reply non support to
Defendants ABC and CBS motion to dismiss, or for Summary Judgment in accordance
with Document 42.</u>

Plaintiff Maurice Ceasar comes now to move on toward a trial decision due to CBS
Broadcasting Inc. and ABC Inc. stating concocted issues by their alternatives to throw
this civil case due to their attempt to prevent the showing of their April 19 thru 29 news
clippings of the news report made by them at local stations affiliated with ABC Inc. and
CBS Broadcasting Inc. Their motion to reply only proves the turpitude of the mischief to
not allow the truth to bare witness.

In their reach is to always dismiss my civil complaint and can only show the opposite if
they (CBS Broadcasting Inc. and ABC Inc) have nothing to worry about. Then why not
go to trial and have the witnesses who have seen their reports and called me between
April 20 and 29, 2006 and again between June 5 and 8, 2006. They told me what was
reported including my picture. I have many of these witnesses names, addresses and
phone numbers available.

I realize that because of Pro'se issues that these professional attorneys who support
clients for CBS Broadcast Inc. and ABC Inc. feel their professional standing can mislead
this honorable judge with their statements intending to delude me in the court in my
interpretation as a Pro'se complainant. This should not twist around the facts of their
faulty and defamatory intentions that were created by the local affiliates in Washington,
DC.

It should be shown that a wrong was done by them and in respect for the court should be
corrected. I am willing to go with evidence that the witnesses have, as to the civil
complaint issues and audio recordings and videos on DVDs. These witnesses that I will
present, if ordered, by the court can state what they saw, heard and recorded in spite of
these defendant's showing of CBS Channel 9 News, WUSA affiliations and ABC Inc.,
WRC Channel 7 local news station plus others such as Channel 8 news Cable Station.

Even if these defendants come to throw out this civil case with concocted lies to the court, I am still able to show proof by these witnesses who will come forward on this issue as I therefore ask this Honorable Judge, Paul L. Friedman, to order as part of my summary judgment.

It is commonly known that they at the local news stations keep records and data of every process leading up to an event and news report. For them to not respect this court shows a bad side of the proceedings from CBS Broadcasting Inc. and ABC Inc. to not allow the truth to prevail and looking instead toward disparity to be accepted in these court rulings and findings.

As a result, he has admitted that ABC and CBS affiliation's local news stations did broadcast reports about me and is held as an entity for those they have under affiliation agreement of their symbol (trademark) or service. They are well connected locally and nationally. The plaintiff also does allege facts that could transform these private media entities into state actors for purposes of his apparent section 1983 claim.

I, the Plaintiff did dispute that the complaint was properly served by myself as Pro'se person in jail through the Clerk of the Court and the defendants used conclusory assertions to cause conflicts of this advantage that they were served and have acted as they have been served through the proceedings of this complaint.

These Defendants, ABC Inc., CBS Broadcasting Inc., NBC Universal plus 20th Century Fox, RCN Corporation and Comcast Corporation under the address which they were served on my civil complaint on pages 1, and 6 shows whom I had in mind to file this civil complaint against and with whom they are affiliated in the local network stations, including news stations here in the Washington DC area and abroad. They are well connected. All of these defendants know the names of the news media networks locally and nationally. Their Logos are presented on the television screens in every state and city. No way should it be a question of who CBS Broadcast Inc. and CBS Headquarter Company are or where their headquarters are located. The same goes for ABC Inc.

Therefore, those should not be reasons to dismiss this case, but allow the facts genuinely that I, Maurice Ceasar was wronged by media affiliated local news stations which are fully aware of their broadcasting companies names and locations.

For these reasons, the court should grant my motion to move forward with trial by a jury.

Dated: August 28, 2007

Respectfully Submitted,
Maurice Ceasar pro'se

By: /S/ Maurice Ceasar
Maurice Ceasar # 09747-007
P.O. Box 300---C2 Unit
Waymart, PA 18472

I here certify that on August 28, 2007, I wish to have this motion granted in response in support of Plaintiffs to move forward to set trial and reply non-support to defendants ABC and CBS's motion to dismiss c/o Document 42 filed 08/14/07 to be served by the courts to all Defendants and parties scheduled for electronic notice. Due to institutional funds, I ask for this request by Clerk of Court or Judge.

To be mailed to:

Adam Shartzer Caldwell ------- adamcaldwell@dwt.com
Daniel E. Farrington----------- dfarrington@farringtonlaw.com
Adam J. Rappaport------------- arappaport@lskslaw.com
Nath E. Siegel------------------- nsiegel@lskslaw.com
Chartes D. Tobbin

/S/ Maurice Ceasar

Maurice Ceasar # 09747-007
P.O. Box 300---C2 Unit
Waymart, PA 18472