Maurice Ceasar # 09747-007
Allenwood FCI A-1 Unit
PO Box 2000
White Deer, PA 17887-2000

December 4, 2007

US District Court
Clerks Office
Judge P.L.F

Reference: Case Numbers 1191-07 and 2140-06

This is to inform you of my latest change of address.
Former Address:
    Maurice Ceasar # 09747-007
    Canaan USP / C2 Unit
    PO Box 300
    3057 Easton Turnpike
    Waymart, PA 18472

Present Address:
    Maurice Ceasar # 09747-007
    Allenwood FCI A-1 Unit
    White Deer, PA 17887-2000

Please forward any running reports on these two cases.

        Thank you,

        _____/s/_____
        Maurice Ceasar

**RECEIVED**

DEC - 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT