UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MAURICE CEASAR, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 06-2140 (PLF) |
| CBS HEADQUARTERS CO., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

ORDER

      For the reasons stated in the accompanying Memorandum Opinion, it is hereby

      ORDERED that plaintiff's motion to amend [#10] is GRANTED; it is further

      ORDERED that the motions to dismiss filed on behalf of Comcast Corporation [#19], "20th Century Fox Headquarters Company" and "NBC Headquarters Company" [#23], RCN Corporation [#26], and "ABC Headquarters Company" and "CBS Headquarters Company" [#28] are GRANTED. The motion for a more definite statement filed on behalf of "20th Century Fox Headquarters Company" and "NBC Headquarters Company" [#23], and the motion for summary judgment filed on behalf of "ABC Headquarters Company" and "CBS Headquarters Company" [#28] are DENIED as moot; it is further

      ORDERED that plaintiff's motions to appoint counsel [#7] and for discovery [#38] are DENIED as moot, and plaintiff's "motion for review of 23-110 motion" [#39] is DENIED; it is further

ORDERED that plaintiff's "motions to continue" [#33, 38, 41] are DENIED and, instead, are construed as plaintiff's oppositions to defendants' dispositive motions; and it is further

ORDERED that plaintiff's claims against these defendants under 42 U.S.C. § 1983 are DISMISSED WITH PREJUDICE, and plaintiff's defamation claim is DISMISSED WITHOUT PREJUDICE; and it is further

ORDERED that this civil action is DISMISSED.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: February 4, 2008