UNITED STATES DISTIRT COURT FOR THE
DISTRICT OF COLUMBIA
COURT OF APPEALS

MAURICE CEASAR PRO'SE
        Plaintiff

Civil Action no. 06-2140-(PLF)

VS.

CBS HEADQUARTERS CO., et al
        Defendants

RECEIVED

MAR 1 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION: NOTICE OF APPEAL
Appealing the Decision Made 2/4/08

    I, Maurice Ceasar, Plaintiff (Pro se) now comes to file an Appeal to the above Caption of this Civil Action against the Defendants. I wish to have this Civil Action Appeal - and (also) due to me being transferred to another prison per F.B.O.P. on 2/15/08; And mail from Allenwood FCI just catching up with me. I did not get my legal property Directly to to have this Appeal Motion done in a timely fashion. However, Attachments of a Tort Claim I filed and an Affidavit to this Court may give the reason why; And now I come, to ask for a Grant of Notice for Appeal so I can start the Process.

CERTIFCATE OF SERVICE

  I hereby give notice of this legal issue in light of my past decision made by this Honorable Court Judge; To now Appeal the decision made so I can have more than one Opinion under this Civil Complaint, so may it be deemed.

RESPECTFULLY SUBMITTED

3/5/08
Date

Maurice Ceasar #09747-007

UNITED DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA
COURT OF APPEALS

MAURICE CEASAR PRO'SE
PLAINTIFF

Civil Action no. 06/2140
(PLF)

VS.

CBS HEADQUARTERS CO., et al
Defendants

## MOTION AFFIDAVIT AMEND

On 2/14/08 I packed out all my property to leave Allenwood FCI, to go back to USP Canaan. Due to this Pack-out of all my property, I did not have access to it since I lefted on 2/15/08. Enclosed is a copy of my current Tort claim of my property being mis-used; and me being deprived to take property directly with me that day. (Also), in light of the fact any mail sent to Allenwood during that February 2008 month has just reached me at USP Canaan; Which I'm also just getting my property on 2/29/08. I had to now, file this attached Notice of Appeal motion, in order to further my Civl Claim decision to another level of Court and Judges; And proceedings, in which I am now asking this Honorable Judge and Court to be aware of now Appealing the single Judges decision of 2/4/08.

### CERTIFCATE OF SERVICE

I, hereby come in this good faith Affidavit, to let you know what honetly took place as I was delay entitlement to process an early Notice of Appeal Motion to follow behind 2/4/08 Order and Decision my by this Court Judge (PFL).

RESPECTFULLY SUBMITTED

*Maurice Ceasar 2008*
Maurice Ceasar# 09747-007

(2)

| **CLAIM FOR DAMAGE, INJURY, OR DEATH** | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 EXPIRES 5-31-05 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: Mr. Henry Sodowski R/C NORTH EAST REGIONAL OFFICE 7th Floor U.S. Customs House 2nd and Chestnut Street Philadelphia, pa 19106 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) Maurice Ceasar # 09747-007 USP CANAAN C2- unit P.O. BOX 300 Waymart PA 18472 |
|---|---|

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH 2/8/61 | 5. MARITAL STATUS single | 6. DATE AND DAY OF ACCIDENT 10/23/07 & 2/15/08 | 7. TIME (A.M. OR P.M) in morning |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.) in light of Hostile matter concerning my legal, and non-opened food properties; It is evident that Allenwood F.C.I. 1-b unit Casemanager, and secretary, with 3-officers had deprived me the right to take my accumulated property to pack out on 2/15/08 immediately transferre one stop back to USP Canaan off of Writ. This was done to not give me any access to my property caused by casemanager from 1-B unit at Allenwood FCI who know where my legal documented properties of 10/23/07 was and most recen accumulated properties I had while there. Due to the Hostile and Harrassment afterwards. I was also threatened by Mrs. Woodner who Confided with this case Manager.

9. **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

SAME

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side) My properties were 12 to 13 filled legal size envelopes of court case endeavors; 2 radios, 2 locks, 2 tennis shoes, Sweat gear, $60.00 to $70.0 worth of commissary non-opened items, my music folder & Art work.......

10. **PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT the nature of properties was takened by Mrs. 1-Bunit casemanager and UNit Officers that morning of 2/15/08; and during transfering me back to usp Canaan. It was to deprive me, to delay my cases in civil court (per) THE documents legally that was in the property that they took in UNit. to prevent me the Right to Proceed with my court cases.

11. **WITNESSES**

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| There were at 1-A Unit (5) Inmates in my locked down 6man cell who witness me packing my property up in green duffle bags (who) was there and up in 906 cell at Allenwood F.C.I. 1-A unit on 2/15/08 at 7 am up watching the incident that I have enclosed; | |

12. (See instructions on reverse)   AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE $ 300.00 and $250.00 for | 12b. PERSONAL INJURY 10/23/07 properties accumulated properties 2/15/08 | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) $550.00 (+) others: |
|---|---|---|---|

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) Maurice Ceasar 2008 | 13b. Phone number of signatory | 14. DATE OF CLAIM 2/08/08 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM The claimant shall forfeit and pay to the United States the sum of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS Imprisonment for not more than five years and shall be subject to a fine of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. (See 18 U.S.C.A. 287.) |
|---|---|

95-108   NSN 7540-00-634-4046   STANDARD FORM 95 (Rev. 7-85)
Previous editions not usable   PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

### INSTRUCTIONS

**Complete all items – Insert the word NONE where applicable**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT, THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item #12 of this form.

The amount claimed should be substantiated by competent evidence as follows:
(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

**Failure to specify a sum certain will result in invalid presentation of your claim And may result in forfeiture of your rights.**

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or other aspect of this collection of information, including suggestions for reducing this burden,
to Director, Torts Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530

and to the
Office of Management and Budget
Paperwork Reduction Project (1105-0008)
Washington, DC 20503

### INSURANCE COVERAGE

In order that subrogation claims be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance? ☐ Yes, if yes give name and address of insurance company (*Number, street, city, State, and Zip Code*) and policy number. ☐ No

N/A

| 16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible? | 17. If deductible, state amount |
|---|---|
| N/A | N/A |

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? (*It is necessary that you ascertain these facts*)

N/A

19. Do you carry public liability and property damage insurance? ☐ Yes, If yes, give name and address of insurance carrier (*Number, street, city, State, and Zip Code*) ☐ No

N/A

SF 95 (Rev. 7-85) BACK

\* U.S. GOVERNMENT PRINTING OFFICE: 1989--241-175

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAURICE CEASAR,          )<br>                          )<br>        Plaintiffs,      )<br>                          )<br>    v.                    )<br>                          )<br> CBS HEADQUARTERS CO., *et al.*,  )<br>                          )<br>        Defendants.       )<br>_____) | Civil Action No. 06-2140 (PLF) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's motion to amend [#10] is GRANTED; it is further

ORDERED that the motions to dismiss filed on behalf of Comcast Corporation [#19], "20th Century Fox Headquarters Company" and "NBC Headquarters Company" [#23], RCN Corporation [#26], and "ABC Headquarters Company" and "CBS Headquarters Company" [#28] are GRANTED. The motion for a more definite statement filed on behalf of "20th Century Fox Headquarters Company" and "NBC Headquarters Company" [#23], and the motion for summary judgment filed on behalf of "ABC Headquarters Company" and "CBS Headquarters Company" [#28] are DENIED as moot; it is further

ORDERED that plaintiff's motions to appoint counsel [#7] and for discovery [#38] are DENIED as moot, and plaintiff's "motion for review of 23-110 motion" [#39] is DENIED; it is further

1

ORDERED that plaintiff's "motions to continue" [#33, 38, 41] are DENIED and, instead, are construed as plaintiff's oppositions to defendants' dispositive motions; and it is further

ORDERED that plaintiff's claims against these defendants under 42 U.S.C. § 1983 are DISMISSED WITH PREJUDICE, and plaintiff's defamation claim is DISMISSED WITHOUT PREJUDICE; and it is further

ORDERED that this civil action is DISMISSED.

This is a final appealable Order. See Fed. R. App. P. 4(a).

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: February 4, 2008

## CERTIFICATE OF SERVICE

The Undersigned, hereby Certify that a True and Correct copy of the Foregoing (Notice of Appeal) has been ask to be served through this Honorable Clerk of Court Office, upon to the Attornies and Companies named through out my Civil Claim; By placing same First Class Certified mailing Postage on this 5th day of March 2008.

Respectfully Submitted

M. Ceasar #09747-007
Maurice Ceasar #09747-007