UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Maurice Ceasar #09747-007<br>P.O. BOX 300         (New Address)<br>Waymart, Pa 18472<br>         PLaintiff<br><br>VS.<br><br>CBS HEADQUARTERS INC. /CO. et al<br>         Defendants | CIVIL ACTION NO. 06-2140PLF<br><br>**RECEIVED**<br>APR 3 0 2008<br>by Case Admin TD<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>Rec'd in Mailroom 3/24/08 |

MOTION TO WITHDRAW ANY APPEAL THAT WAS SENT IN ON
NOTICE 3/5/08

Now Comes Maurice Ceasar, to Withdraw his Notice of Appeal that was signed on 3/5/08. May this court withdraw any filed Appeal Notice on this CA 0006-2140 (PLF) Case at this time.

May this Honorable Court please send me a Notice of Awareness that I ask this court to withdraw the Appeal Notice I put in on 3/5/08.

3/20/08
DATE

Respectfully Submitted

Maurice Ceasar
Maurice Ceasar# 09747-007

UNITED STATES DISTIRT COURT FOR THE
DISTRICT OF COLUMBIA
COURT OF APPEALS

MAURICE CEASAR PRO'SE
        Plaintiff

Civil Action no. 06-2140-(PLF)

*Clerk of Court — Please withdraw this motion Filed -3/5/08*

VS.

CBS HEADQUARTERS CO., et al
        Defendants

MOTION: NOTICE OF APPEAL (to Withdraw this Motion):
Appealing the Decision Made 2/4/08

I, Maurice Ceasar, Plaintiff (Pro se) now comes to file an Appeal to the above Caption of this Civil Action against the Defendants. I wish to have this Civil Action Appeal - and (also) due to me being transferred to another prison per F.B.O.P. on 2/15/08; And mail from Allenwood FCI just catching up with me. I did not get my legal property Directly to to have this Appeal Motion done in a timely fashion. However, Attachments of a Tort Claim I filed and an Affidavit to this Court may give the reason why; And now I come, to ask for a Grant of Notice for Appeal so I can start the Process.

CERTIFCATE OF SERVICE

I hereby give notice of this legal issue in light of my past decision made by this Honorable Court Judge; To now Appeal the decision made so I can have more than one Opinion under this Civil Complaint, so may it be deemed.

                                                               RESPECTFULLY SUBMITTED

3/5/08
/Date

Maurice Ceasar #09747-007



UNITED DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
COURT OF APPEALS

MAURICE CEASAR PRO'SE
PLAINTIFF

Civil Action no. 06/2140
(PLF)

VS.

CBS HEADQUARTERS CO., et al
Defendants

## MOTION AFFIDAVIT AMEND

On 2/14/08 I packed out all my property to leave Allenwood FCI, to go back to USP Canaan. Due to this Pack-out of all my property, I did not have access to it since I lefted on 2/15/08. Enclosed is a copy of my current Tort claim of my property being mis-used; and me being deprived to take property directly with me that day. (Also), in light of the fact any mail sent to Allenwood during that February 2008 month has just reached me at USP Canaan; Which I'm also just getting my property on 2/29/08. I had to now, file this attached Notice of Appeal motion, in order to further my Civl Claim decision to another level of Court and Judges; And proceedings, in which I am now asking this Honorable Judge and Court to be aware of now Appealing the single Judges decision of 2/4/08.

## CERTIFCATE OF SERVICE

I, hereby come in this good faith Affidavit, to let you know what honetly took place as I was delay entitlement to process an early Notice of Appeal Motion to follow behind 2/4/08 Order and Decision my by this Court Judge (PFL).

RESPECTFULLY SUBMITTED

*M. Ceasar*
Maurice Ceasar# 09747-007

(2)

Maurice Ceasar #09747-007
P.O. BOX 300    C2-Unit
USP CANAAN
WAYMART, PENNSYLVANIA 18472

SCRANTON PA 185

21 MAR 2008 PM 1 T

MAR 2 4 2008

UNITED STATES DISTRICT COURT FOR THE District of Columbia
ATTN: DOCKET CLERK AND CLERK OF COURT/JUDGE P.L.Friedman
333 Constitution Ave, N.W.
WASHINGTON D.C. 20001

LEGAL MAILED 3/20/08