# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-7039**                             **September Term 2007**

1:06-cv-02140-PLF

Filed On: June 13, 2008 [1121701]

Maurice Ceasar,

    Appellant

    v.

CBS Headquarters Company, et al.,

    Appellees

## ORDER

Upon consideration of appellant's motion to withdraw appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                        BY:    /s/
                                            Mark A. Butler
                                            Deputy Clerk